UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN OVERPECK, et al.,<br>　　　　Plaintiffs,<br>　　v.<br>FEDEX CORPORATION, et al.,<br>　　　　Defendants. | Case No. 18-cv-07553-PJH<br><br>**ORDER RE: CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 175 |

　　　　On August 20, 2020, the court held a case management conference and directed the parties to submit either a joint proposal or, if a joint proposal could not be reached, separate proposals. Dkt. 175. Unable to reach an agreement, the parties have filed several statements and responses regarding how to manage this case. See Dkts. 183–84, 186–89. Because the parties are not in agreement, the court will follow its normal schedule, (see Dkts. 73, 80), and proceed first to a class certification motion to be followed by a further case management conference to set a pretrial schedule.

　　　　Accordingly, the court SETS the following briefing schedule. Plaintiffs shall file a class certification motion by February 26, 2021, defendant FedEx Ground Package Systems, Inc. shall file an opposition by April 30, 2021, FedEx Corporation and the CSP defendants may file separate oppositions or join FedEx Ground's opposition by May 28, 2021, and plaintiffs shall file a reply by July 30, 2021. The court will schedule a hearing as needed following completion of the parties' briefing. The parties shall complete class certification discovery by January 29, 2021 (other than the exceptions noted in defendant FedEx Ground's proposed plan, Dkt. 183 at 6). The parties may file a stipulation or

motion to shorten or modify the discovery or briefing schedule as necessary.

**IT IS SO ORDERED.**

Dated: October 14, 2020

                                      /s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge