1
2
3
Jeremy Pasternak, State Bar No. 181618
jdp@pasternaklaw.com
Deanna Maxfield, State Bar No. 291913
dm@pasternaklaw.com
**LAW OFFICES OF JEREMY PASTERNAK**
354 Pine Street, 5th Floor
San Francisco, California 94104
Tel:   (415) 376-1710
Fax:   (415) 693-0393

4
5
6

7
8
9
10
11
12
13
Joshua Konecky, SBN 182897
jkonecky@schneiderwallace.com
Leslie L. Joyner, SBN262705
ljoyner@schneiderwallace.com
Nathan Piller, SBN 300569
npiller@schneiderwallace.com
**SCHNEIDER WALLACE COTTRELL**
**KONECKY LLP**
2000 Powell Street, Suite 1400
San Francisco, California 94104
Telephone:   (415) 421-7100
Facsimile:   (415) 421-7105

14
15
*Attorneys for Plaintiffs*

*Additional Counsel Listed on Next Page*

16
IN THE UNITED STATES DISTRICT COURT

17
FOR THE NORTHERN DISTRICT OF CALIFORNIA

18

| 19 20 21 22 23 24 25 26 27 | HERMAN OVERPECK, KEVIN STERLING, and SHANNON SOBASZCIEWICZ, individually and on behalf of all other similarly situated, and as a proxy of the State of California on behalf of aggrieved employees, <br><br>            Plaintiffs, <br><br>        vs. <br><br>FEDEX CORPORATION; FEDEX GROUND PACKAGE SYSTEM, INC.; BONDZ, INC.; G2 LOGISTICS, INC.; DOURADO TRANSPORT INC.; DANE LOGISTICS, INC.; SMART CHOICE ENTERPRISE; SOUMIR INC.; TURNER HOLDINGS; TSS MANAGEMENT, INC.; A.D. SOSA INCORPORATED; MRD TRANSPORTS, INC.; JJ&L TRUCKING INC., <br><br>            Defendants. | Case No.  4:18-cv-07553-PJH <br><br> **JOINT STIPULATION REGARDING FURTHER BRIEFING ON MJOP BY DEFENDANT BONDZ, INC.; ORDER** |
| --- | --- | --- |

28

JOINT STIPULATION REGARDING FURTHER BRIEFING ON MJOP BY
DEFENDANT BONDZ, INC.
FP 39280959.3

1   Brandy T. Cody, State Bar No. 196923
    Email: bcody@fisherphillips.com
2   Christopher M. Ahearn, State Bar No. 239089
    Email: cahearn@fisherphillips.com
3   Sean F. Daley, State Bar No. 272493
    Email: sdaley@fisherphillips.com
4   **FISHER & PHILLIPS LLP**
5   2050 Main St., Suite 1000
    Irvine, California 92614
6   Telephone (949) 851-2424
    Facsimile (949) 851-0152
7

8   *Attorneys for Defendant FedEx Ground Package System, Inc.*

9   Barak J. Babcock
    Stephanie A. Stroup
10  **FEDERAL EXPRESS CORPORATION**
    3620 Hacks Cross Road, Building B – 3rd Floor
11  Memphis, TN 38125
    Ph: (901) 434-8523
12  Fx: (901) 492-9930
    Email: barak.babcock@fedex.com
13  Email:  sastroup@fedex.com
14

15  *Attorneys for Defendant FedEx Corporation*

16  **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
    Morgan P. Forsey. Cal Bar No. 241207
17  Lucky Meinz, Cal. Bar No. 260632
    Peter Y. Lee, Cal. Bar No. 318853
18  Four Embarcadero Center, 17th Floor
    San Francisco, California 94111
19  Telephone: 415-434-9100
    Facsimile: 415-434-3947
20  Email: mforsey@sheppardmullin.com
21  Email: lmeinz@sheppardmullin.com
    Email: plee@sheppardmullin.com
22

23  Nora K. Stilestein, Cal. Bar No. 280692
    Y. Douglas Yang, Cal. Bar No. 307550
24  333 South Hope Street, 43rd Floor
    Los Angeles, California 90071-1422
25  Telephone: 213.620.1780
    Facsimile: 213.620.1398
26  Email: nstilestein@sheppardmullin.com
27  Email: dyang@sheppardmullin.com

28  *Attorney for Defendant Bondz, Inc.*

1    Plaintiffs Herman Overpeck, Kevin Sterling, and Shannon Sobaszciewicz (hereinafter

2  collectively, "Plaintiffs'), and Defendants FedEx Ground Package System, Inc. (hereinafter,

3  "FedEx Ground"), FedEx Corporation, and Bondz, Inc. (hereinafter, "Bondz") (hereinafter

4  collectively, the "Parties") hereby stipulate as follows pursuant to Rule 7-12 of the Civil Local

5  Rules of this Court.

6    On November 25, 2020, Bondz filed a motion for judgment on the pleadings (ECF No.

7  197) (hereinafter, the "MJOP"). A hearing is currently set for December 30, 2020.

8    Defendants FedEx Ground and FedEx Corporation wish to oppose this motion, including

9  on the ground that the Court has already deemed Bondz, Inc. to be a necessary party pursuant to

10  Rule 19 of the Federal Rules of Civil Procedure, pursuant to a motion by FedEx Ground.

11    Oppositions to the MJOP are currently due December 9, 2020, and replies are due

12  December 16, 2020. But, due to the fact that the MJOP was filed immediately prior to the

13  Thanksgiving holiday, the Parties stipulate that some additional time should be provided for

14  oppositions and replies.

15    The Parties stipulate that FedEx Ground and/or FedEx Corporation should be permitted

16  to file and serve an opposition to the MJOP by December 11, 2020. Should FedEx Ground file

17  its own opposition and should FedEx Corporation wish to join in such opposition, FedEx

18  Corporation may do so by December 14, 2020 by filing a statement of joinder unaccompanied

19  by any briefing.

20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1    The Parties further stipulate that in light of the extension of time FedEx Ground and

2 FedEx Corporation would be afforded to file an Opposition, Bondz, Inc. and the Plaintiffs should

3 be permitted to file a reply to any such opposition, by December 21, 2020.

4       **IT IS SO JOINTLY STIPULATED.**

5

6       Respectfully submitted,

7

8    Dated:  December 7, 2020          **SCHNEIDER WALLACE COTTRELL**
                                       **KONECKY LLP**

9

10                         By:     /s/ *Nathan Piller*
                                   NATHAN PILLER

11                                 Attorneys for Plaintiffs

12   Dated:  December 7, 2020          **FISHER PHILLIPS LLP**

13

14                         By:     /s/ *Christopher M. Ahearn*

15                                 CHRISTOPHER M. AHEARN
                                   Attorneys for Defendant FedEx Ground Package

16                                 System, Inc.

17                                 **FEDEX CORPORATION**

18

19   Dated: December 7, 2020    By:    /s/ *Barak J. Babcock*
                                       Barak J. Babcock

20                                     Stephanie A. Stroup
                                       Attorney for Defendant FedEx Corporation

21

22   Dated:  December 7, 2020          **SHEPPARD,    MULLIN,    RICHTER    &**
                                       **HAMPTON LLP**

23

24                         By:     /s/ Y. *Douglas Yang*

25                                 Morgan P. Forsey
                                   Lucky Meinz

26                                 Peter Lee
                                   Nora K. Stilestein

27                                 Y. Douglas Yang
                                   Attorneys for Defendant Bondz, Inc.

28

19674.0245    FP 39280959.3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF CONSENT**

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from each of the other Signatories.


DATED:  December 7, 2020                    /s/ *Christopher M. Ahearn*

                                                          CHRISTOPHER M. AHEARN

4:18-cv-07553-PJH

ORDER RE JOINT STIPULATION REGARDING FURTHER BRIEFING
ON MJOP BY DEFENDANT BONDZ, INC.

19674.0245

FP 39280959.3

## ORDER

Based on the Parties' stipulation, and good cause appearing therefor, IT IS ORDERED that:

Defendants FedEx Ground and/or FedEx Corporation may file an opposition to the Motion for Judgment on the Pleadings filed by Defendant Bondz, Inc. on November 25, 2020 (ECF No. 197), on or before December 11, 2020. Should FedEx Ground file its own opposition and should FedEx Corporation wish to join in such opposition, FedEx Corporation may do so by December 14, 2020 by filing a statement of joinder unaccompanied by any briefing.

In light of the extension of time FedEx Ground and FedEx Corporation are hereby afforded to file an Opposition, Bondz, Inc. and the Plaintiffs may file and serve a reply to any such opposition, on or before December 21, 2020.

IT IS SO ORDERED.

DATED: 12/11/2020

HON. P
United S



IT IS SO ORDERED
Judge Phyllis J. Hamilton

ORDER RE JOINT STIPULATION REGARDING FURTHER BRIEFING
ON MJOP BY DEFENDANT BONDZ, INC.

19674.0245    FP 39280959.3