# APPENDIX A

# FedEx Ground's Appendix A:
# Table Summarizing Factual Differences Among Service Providers[1]

| Service Provider | Linehaul or P&D | Control Over Their Employees | Use of FedEx Branding | Offered Benefits | Use of Light and Heavy Vehicles | Instructed Employees to Take Breaks | Actions to Enforce Breaks | Managers or Owners Drove? | Monitored Time | Pay Practices and Pay Period | Paid Overtime |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **50/60 Heaven** | P&D[2] | Drivers report to 50/60 Heaven managers. Divide routes, assign packages from computer system.[3] | Yes[4] | 401(k) plan, one week paid vacation, health insurance, and accident, life, and cyber security insurance.[5] | At least some heavy vehicles.[6] | Yes. Policy in employee handbook.[7] | Yes. Drivers must clock in and out for lunch.[8] | Yes, a salaried route manager drives and opted in to a companion case against FedEx Ground.[9] | Yes. Drivers must clock in and out for lunch.[10] | Heavy-vehicle drivers: guaranteed daily rate of $150.[11] Light-vehicle drivers: hourly with overtime.[12] | Heavy-vehicle drivers are not paid an overtime premium.[13] Light-vehicle drivers are paid overtime.[14] |
| **Abdul's Packaging Inc.** | P&D[15] | Assigned routes, determined schedules and workdays.[16] | Yes[17] | Unknown | Both[18] | Yes. Instructed drivers to take breaks.[19] | Unknown | Unknown | Unknown | Unknown | Unknown |
| **A.D. Sosa Inc.** | P&D[20] | Managers direct separate teams of drivers.[21] | Unknown | No[22] | Both[23] | Yes. Drivers signed break policy.[24] | No specific action.[25] | Yes, if driver is sick, on vacation, no-show, etc.[26] | Previously: handwritten time cards. Now: data from SP's GPS units.[27] | Weekly pay period with monthly bonuses.[28] Previously: hourly wage. Now: daily salary.[29] | Previously: Yes[30] Now: No. Pays daily salary.[31] |

| Service Provider | Linehaul or P&D | Control Over Their Employees | Use of FedEx Branding | Offered Benefits | Use of Light and Heavy Vehicles | Instructed Employees to Take Breaks | Actions to Enforce Breaks | Managers or Owners Drove? | Monitored Time | Pay Practices and Pay Period | Paid Overtime |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Alecanisa, Inc.** | P&D[32] | Uses outside safety consultant to monitor vehicle event data recorders.[33] | Unknown | Paid time off.[34] | Both[35] | Yes. Requires employees to record breaks.[36] | Employees required to record breaks on time-entry program.[37] | Unknown | Previously: TimeWorks-Plus timesheets. Now: TSheets, an electronic app through QuickBooks.[38] | Hourly, plus bonus potential.[39] | Yes[40] |
| **ALX Logistics** | P&D[41] | Directed work and schedule. Provided personal protective equipment for COVID pandemic. Installed cameras in vehicle to monitor drivers.[42] | Yes[43] | Unknown | Primarily heavy vehicles; one light vehicle used for backup if needed.[44] | Yes. Instructed employees to take breaks.[45] | Unknown | Unknown | Unknown | Unknown | No. All full-time employees drive heavy vehicles.[46] |
| **Bay Rim Services** | P&D and Linehaul[47] | Operations manager directed employees on day-to-day basis.[48] | Yes[49] | Unknown | Primarily heavy vehicles; one van.[50] | Disputed—either orally or not at all.[51] | Disputed.[52] | Unknown | No. Did not keep time records.[53] | Weekly rate.[54] | Disputed[55] |

| Service Provider | Linehaul or P&D | Control Over Their Employees | Use of FedEx Branding | Offered Benefits | Use of Light and Heavy Vehicles | Instructed Employees to Take Breaks | Actions to Enforce Breaks | Managers or Owners Drove? | Monitored Time | Pay Practices and Pay Period | Paid Overtime |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Bondz Inc.** | Linehaul[56] | Operations managers provide on-the-ground direction.[57] Independent safety program.[58] | Unknown | Changed over time, but has offered health insurance, vacation, and sick time.[59] | Heavy vehicles only.[60] | Unknown | Unknown | Unknown | Omnitracs system that tracks hours and off-duty time.[61] | Pays per mile with sign-on bonus and annual bonuses.[62] | Yes. Inputs hours on Omnitracs system, which calculates overtime.[63] |
| **Braga Enterprises** | P&D[64] | Braga Enterprises negotiated pay and paid employees. Made clear that they would give instruction, not FedEx Ground.[65] | Unknown | Unknown | Heavy vehicles[66] | Yes, reminded employees at monthly meetings to take meal and rest breaks.[67] | Unknown. | Unknown. | Unknown | Guaranteed minimum weekly salary[68] | No. Drivers drove heavy vehicles, so not entitled to overtime premiums.[69] |
| **Bubba Sag Inc.** | Linehaul[70] | Discusses timing issues with employees.[71] Does not allow FXG to get involved in managing drivers.[72] | Provides FXG uniforms but does not require drivers to wear them.[73] | Unknown | Heavy vehicles only.[74] | Unknown | Unknown | Unknown | Unknown | Unknown | No. Employees drove heavy vehicles.[75] |
| **Cabrera Enterprises, Inc.** | P&D[76] | Drivers "take instructions from us (or one of our managers), not FedEx Ground."[77] | Unknown | Unknown | Both[78] | Yes.[79] | Yes. Uses app with GPS to check whether drivers take breaks and lunches.[80] | Unknown | Drivers use time cards and record "on duty" as soon as they arrive at the station.[81] | Hourly with overtime pay.[82] | Yes[83] |

| Service Provider | Linehaul or P&D | Control Over Their Employees | Use of FedEx Branding | Offered Benefits | Use of Light and Heavy Vehicles | Instructed Employees to Take Breaks | Actions to Enforce Breaks | Managers or Owners Drove? | Monitored Time | Pay Practices and Pay Period | Paid Overtime |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cahill Transportation Inc.** | Linehaul[84] | Drivers contact Service Provider for any issues.[85] | Unknown | Unknown | Heavy vehicles only.[86] | Unknown | Driver who provided declaration had a route that incorporated a break.[87] | Yes. Authorized Officer sometimes drove.[88] | Unknown | Per mile. Team runs pay more than solo runs because "sleeper berth" time is paid. Drivers also receive per diem.[89] | No. Heavy vehicles only.[90] |
| **Cavalry Express Corp.** | P&D[91] | Performance reviews every six months. Controlled hiring and firing. Held SP-specific meetings.[92] | Unknown | Educational assistance for training and professional development. Paid for cell phone.[93] | Unknown | Yes. Policy in employee handbook. Encouraged drivers to take breaks. Hired accounting firm to ensure compliance with law and regulations.[94] | Unknown | Unknown | Unknown | Wage and salary increases based on performance reviews that occur every six months.[95] | Hired accounting firm to ensure compliance with wage-and-hour laws.[96] |
| **Clere Solutions Inc.** | P&D[97] | Instructed drivers, designed routes, determined vehicles, etc.[98] | Unknown | Unknown | Both[99] | Yes. Recorded on handwritten time cards.[100] | Unknown | Unknown | Previously: handwritten time cards.[101]<br><br>Now: iPad for electronic time recording.[102] | Previously: option for day rate of $110 or hourly rate of $10.[103]<br><br>Now: hourly rate with overtime for light-vehicle drivers.[104] | Yes, for light-vehicle drivers.[105] |

4

| Service Provider | Linehaul or P&D | Control Over Their Employees | Use of FedEx Branding | Offered Benefits | Use of Light and Heavy Vehicles | Instructed Employees to Take Breaks | Actions to Enforce Breaks | Managers or Owners Drove? | Monitored Time | Pay Practices and Pay Period | Paid Overtime |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Clutch Logistics Inc.** | P&D[106] | Unknown | Yes[107] | No medical or dental coverage.[108] | At least some heavy vehicles.[109] | Yes. Policy in employee handbook.[110] | Unknown | Unknown | Records time on QuickBooks.[111] | Unknown | Yes, even to heavy-vehicle drivers.[112] |
| **Dane Logistics** | P&D[113] | Managers oversee five or six drivers.[114] | Yes. Although sometimes uses rental vehicles without logo.[115] | No medical benefits. Paid time off for rewards.[116] | Both[117] | Yes, during training. Record breaks on timecards but most drivers don't take them.[118] | Managers review drivers' timecards on a weekly basis to ensure breaks are recorded.[119] | Yes, if a driver is out.[120] | Paper timecards collected weekly.[121] | Hourly rate with raises for longevity.[122] | Yes, even to heavy-vehicle drivers.[123] |
| **DMJ Trucking, Inc.** | Linehaul[124] | Yes, owner decides which employee services each route, which days drivers work, and which routes they serve[125] | Yes, uniforms.[126] | Unknown | Heavy vehicles[127] | Yes.[128] | Unknown | Unknown | Yes, mobile ADP app on phone.[129] | Hourly pay[130] | Yes.[131] |
| **Flying Fox Logistics** | Linehaul[132] | Leases drivers from Armada Trucking Group, a staffing company that Authorized Officer partly owns.[133] | No, because drivers perform work for Amazon as well.[134] Trailers say FedEx Ground.[135] | 401(k) plan, medical, dental, life insurance, paid vacation, paid time off, paid sick leave.[136] | Heavy vehicles only.[137] | Yes, during mandatory orientation.[138] | Periodically reminded of break policy.[139] | Unknown | Drivers "clock in" "as soon as they set foot on the grounds of the facility." Electronic records of time.[140] | Hourly pay, including for waiting time, plus bonuses.[141] Varying rates based on experience, runs, seniority, and other factors.[142] | Unknown |

5

| Service Provider | Linehaul or P&D | Control Over Their Employees | Use of FedEx Branding | Offered Benefits | Use of Light and Heavy Vehicles | Instructed Employees to Take Breaks | Actions to Enforce Breaks | Managers or Owners Drove? | Monitored Time | Pay Practices and Pay Period | Paid Overtime |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **G2 Logistics** | Linehaul[143] | Direct drivers on assigned runs. Discuss taking unassigned runs with drivers.[144] | Unknown | Medical insurance.[145] | Heavy vehicles only.[146] | Yes. Safety plan states the need for breaks.[147] | Unknown | Unknown | Unknown | Mostly per mile, but each driver had different pay scale.[148] | No. Heavy vehicles only.[149] |
| **GabMar Inc** | P&D[150] | SP-specific meetings.[151] Planned and assigned routes.[152] Assigned drivers safety quizzes and modules.[153] | Unknown | Unknown | At least some heavy vehicles.[154] | Yes. Policy in employee handbook.[155] Informed drivers both orally and in writing every few weeks.[156] | Yes. Informed drivers both orally and in writing every few weeks.[157] | Unknown | Weekly reporting form.[158] | 8 hours of regular pay and 4 hours of overtime pay each day.[159] Offered to pay cell phone bill.[160] | Yes, even to heavy-vehicle drivers.[161] |
| **Ground Flor Package Systems, Inc.** | P&D[162] | Makes adjustments to routes and timing to accommodate fluctuating package volume.[163] | Unknown | Unknown | Heavy vehicles only.[164] | Unknown | Yes. Used signed time cards.[165] | Unknown | Unknown | Hourly rate with weekly guaranteed minimum.[166] Potential for bonus pay.[167] | No, but weekly guaranteed pay is based on 40 regular hours and 10 overtime hours.[168] |
| **Leonard Trucking, Inc.** | Linehaul[169] | Yes. Dispatches drivers and instructs them on routes and responsibilities. Controls business and how work is done.[170] | Yes for trucks[171] | Yes, including medical, dental, vision, and life insurance[172] | Heavy vehicles only[173] | Yes, trained and instructed on policies, which comply with law and DOT rules and regulations[174] | Drivers required to follow[175] | Unknown | Recorded hours and time in Qualcomm Omnitracts Fleet System[176] | Pay for nonproductive wait time and rest time[177] | Unknown |

6

| Service Provider | Linehaul or P&D | Control Over Their Employees | Use of FedEx Branding | Offered Benefits | Use of Light and Heavy Vehicles | Instructed Employees to Take Breaks | Actions to Enforce Breaks | Managers or Owners Drove? | Monitored Time | Pay Practices and Pay Period | Paid Overtime |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **LR Express, Inc.** | P&D[178] | Assigns routes. Trained drivers to "assess themselves prior to operating any vehicle" for safety reasons.[179] | Yes[180] | Unknown | At least some heavy vehicles.[181] | Yes. Policy in employee handbook.[182] | Encouraged drivers to take breaks for safety. Requires breaks to be recorded on an app.[183] | Unknown | Recorded hours on timesheets.[184] | Hourly rate with overtime. | Yes[185] |
| **Motion Express** | P&D[186] | Employee Safety handbook.[187] Told drivers that FXG employees cannot speak with them.[188] | Logo on some vehicles. Drivers wear uniform.[189] | Implementing group life insurance.[190] | Both[191] | Yes, during initial training.[192] | Yes, repeatedly told drivers breaks were mandatory.[193] | Unknown | Uses DOT scanner data.[194] | Daily rate.[195] | Unknown |
| **MRD Transport** | P&D[196] | Separate office with managers tracking vehicles and calling about pickups.[197] | Yes. Some but not all trucks have FXG logo.[198] | No[199] | Primarily heavy vehicles. Light vehicles used "a long time ago."[200] | Yes, at least in writing.[201] | Employees required to acknowledge break policy on timecards.[202] | Yes[203] | Handwritten time cards, manually converted to spreadsheet.[204] | Previously: weekly rate (until 2018).[205] Now: hourly with bonus potential.[206] | Yes prior to mid-2020. Then switched to premiums only for light-vehicle drivers.[207] |

7

| Service Provider | Linehaul or P&D | Control Over Their Employees | Use of FedEx Branding | Offered Benefits | Use of Light and Heavy Vehicles | Instructed Employees to Take Breaks | Actions to Enforce Breaks | Managers or Owners Drove? | Monitored Time | Pay Practices and Pay Period | Paid Overtime |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **ODD Enterprises, Inc.** | Linehaul[208] | Employee Handbook sets out rules, policies, and procedures, including pay and breaks[209] Owner decides how to run her business and controls how work is done.[210] | Unknown | Unknown | Heavy vehicles only[211] | Yes[212] | Unknown | Unknown | Yes, drivers responsible for accurately logging hours on Qualcomm[213] | Unknown | Unknown |
| **Pacific Freight, Inc.** | Linehaul[214] | Solely responsible for assigning routes, scheduling drivers, disciplining drivers.[215] | Unknown | Paid vacations, paid sick leave, unpaid leave, paid holidays.[216] | Heavy vehicles only.[217] | Yes. Encourages drivers to take breaks.[218] | Yes. Encourages drivers to take breaks.[219] | Unknown | Unknown | Safety and peak season bonuses.[220] | Unknown |
| **Papo, Inc.** | P&D[221] | "Mr. Bautista seems to misconstrue good client service with client control."[222] | Yes[223] | Unknown | At least some heavy vehicles.[224] | Unknown | Yes. Trained and instructed drivers to take breaks.[225] | Unknown | Drivers log time.[226] | Pays drivers for 8 hours even if they work fewer hours.[227] | Unknown |
| **Sheban Express, Inc.** | P&D[228] | Assigned routes.[229] | Unknown | Unknown | Unknown | Yes. Policy in employee handbook and recorded on timesheets.[230] | Unknown | Unknown | Unknown | Hourly rate with overtime.[231] | Yes[232] |

| Service Provider | Linehaul or P&D | Control Over Their Employees | Use of FedEx Branding | Offered Benefits | Use of Light and Heavy Vehicles | Instructed Employees to Take Breaks | Actions to Enforce Breaks | Managers or Owners Drove? | Monitored Time | Pay Practices and Pay Period | Paid Overtime |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sierra Valley Logistics, Inc.** | Linehaul[233] | FedEx Ground employees not allowed to speak with drivers "unless I expressly ask FedEx Ground to."[234] | Provides FXG uniforms but does not require drivers to wear them.[235] | Three paid sick days per year, paid holidays, one week paid vacation.[236] | Heavy vehicles only.[237] | Yes. Policy in employee handbook.[238] | Employees keep handwritten time sheets and log books.[239] | Rarely[240] | Unknown | Weekly salary and $20/hour wait time pay.[241] $20/month for cell phone bill.[242] | No. Heavy vehicles only.[243] |
| **Sylkim, Inc.** | P&D[244] | "Specifically instructed . . . to take direction from Sylkim, Inc. only."[245] | FXG logo on uniform and trucks with FXG logo magnet.[246] | Unknown | At least some heavy vehicles.[247] | Yes. Required employees to take breaks and recorded breaks on handwritten time cards.[248] | Recorded breaks on handwritten and signed time cards.[249] | Unknown | Handwritten time cards signed by each employee.[250] | Regular hourly rate, overtime, double overtime, and bonuses once driver exceeds a number of stops.[251] | Yes[252] |
| **Tenter Enterprises Inc** | P&D[253] | Assigns and designs routes.[254] | Yes. FXG logo uniform and trucks.[255] | Yes. 401(k) plan with matching contribution, group health benefits, dental insurance, paid time off, paid vacation and sick pay.[256] | Unknown | Yes. Policy in employee handbooks and recorded breaks on handwritten time cards.[257] | Recorded breaks on handwritten and signed time cards.[258] | Unknown | Handwritten time cards signed by each employee.[259] | Hourly rate with overtime.[260] | Yes[261] |

| Service Provider | Linehaul or P&D | Control Over Their Employees | Use of FedEx Branding | Offered Benefits | Use of Light and Heavy Vehicles | Instructed Employees to Take Breaks | Actions to Enforce Breaks | Managers or Owners Drove? | Monitored Time | Pay Practices and Pay Period | Paid Overtime |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Turner Holdings** | Linehaul[262] | Manages drivers, but FXG manager told him certain drivers were too slow two-to-five times.[263] | No uniform required.[264] | Contributes money each month to drivers' own health insurance plans.[265] | Heavy vehicles only.[266] | Unknown | Unknown | Yes, if driver is sick or out.[267] | Unknown | Local drivers are paid by day. Long-distance drivers paid per mile.[268] Bonuses based on mileage.[269] Paid Plaintiff Sobaszkiewicz extra to wash cars on non-driving days.[270] | No. Heavy vehicles only.[271] |
| **Wahoo** | P&D[272] | Trained drivers and assigned routes.[273] | Yes, uniform with Wahoo Logistics name on the sleeves.[274] FXG logo on trucks.[275] | Unknown | Both[276] | Yes, during initial training.[277] | Recorded breaks on handwritten and signed time cards. Personally reminded drivers to take breaks.[278] | Unknown | Handwritten time sheets.[279] | Daily rate.[280] | Yes[281] |

---

[1] Citations are to the exhibits to the Declaration of Sean F. Daley in Support of FedEx Ground's Opposition to Class Certification.
[2] Bagnara Decl. ¶ 1, Ex. 10.
[3] *Id.* ¶¶ 2, 4.
[4] *Id.* ¶ 5.
[5] *Id.* ¶ 22.
[6] *Id.* ¶ 19, 25 (declarant Ronald Barsz and opt-in plaintiffs to a companion case in the Western District of Pennsylvania drove heavy vehicles).
[7] *Id.* ¶ 10.
[8] *Id.* ¶ 28.
[9] *Id.* ¶ 25.

[10] *Id.* ¶ 28.
[11] *Id.* ¶ 20.
[12] *Id.* ¶ 28.
[13] *Id.* ¶ 19.
[14] *Id.* ¶ 28.
[15] Khalik Decl. ¶ 2, Ex. 19.
[16] *Id.* ¶¶ 10–12.
[17] *Id.* ¶ 9.
[18] *Id.* ¶¶ 5–6.
[19] *Id.* ¶ 7.
[20] Sosa Dep. 15:2-4, Ex. 33.
[21] *Id.* at 31:14–32:12.
[22] *Id.* at 138:12-16.
[23] *Id.* at 44:4-11.
[24] *Id.* at 55:1-11.
[25] *Id.* at 55:1–57:19.
[26] *Id.* at 48:1-14.
[27] *Id.* at 39:12-21.
[28] *Id.* at 33:21-23, 70:2-18.
[29] *Id.* at 35:19–36:9.
[30] *Id.* at 69:6-24.
[31] *Id.* at 35:19–36:9.
[32] Decl. of Lopez ¶ 3, Ex. 14.
[33] *Id.* ¶ 6.
[34] *Id.* Ex. B at 13–14.
[35] *Id.* ¶ 27.
[36] *Id.* ¶¶ 11, 15, 16, 21.
[37] *Id.* ¶¶ 11–12.
[38] *Id.* ¶¶ 10–12.
[39] *Id.* ¶ 18.
[40] *Id.* ¶ 12.
[41] Saludes Decl. ¶ 2, Ex. 30.
[42] *Id.* ¶¶ 14, 19–20.
[43] *Id.* ¶ 21.
[44] *Id.* ¶¶ 8–9, 22.
[45] *Id.* ¶ 10.
[46] *Id.* ¶ 22.
[47] Parikh Dep. 13:5–15:18, Ex. 63.
[48] *Id.* at 26:1-21.
[49] *Id.* at 81:9-15.
[50] *Id.* at 51:13-15, 54:4-14.
[51] *Compare* Parikh Dep. 62:12-19, 65:25–66:22, Ex. 63, *with* Hinds Dep. 46:6-12, Ex. 55, *and* Powell Dep. 60:22-25, Ex. 80.
[52] *Compare* Parikh Dep. 62:12-19, 65:25–66:22, Ex. 63, *with* Hinds Dep. 46:6-12, Ex. 55, *and* Powell Dep. 60:22-25, Ex. 80.

[53] Parikh Dep. 53:22–54:25 (didn't keep time records).
[54] *Id.* at 47:14, 48:7-25.
[55] *Compare* Parikh Dep. 54:18–55:11, Ex. 63, *with* Hinds Dep. 51:15-17, 96:22–97:8, Ex. 55, *and* Powell Dep. 55:23–56:3, Ex. 80.
[56] Grodi Dep. 41:22–42:2, Ex. 85.
[57] *Id.* at 53:19–54:7, 55:14–57:16.
[58] *Id.* at 149:1-12.
[59] Mikan Dep. 42:2–44:12, Ex. 86.
[60] Grodi Dep. 41:22–42:2, Ex. 85.
[61] Grodi Dep. 229:10-25, Ex. 85, Mikan Dep. 23:10-25, Ex. 86.
[62] Mikan Dep. 20:21-25, 27:15-19, Ex. 86.
[63] *Id.* 26:8–27:1.
[64] Braga Decl. ¶ 1, Ex. 74.
[65] *Id.* ¶ 4, 8.
[66] *Id.* ¶ 5.
[67] *Id.* ¶ 9.
[68] *Id.* ¶ 5.
[69] *Id.* ¶ 4.
[70] Sagarino Decl. ¶ 2, Ex. 17.
[71] *Id.* ¶ 7.
[72] *Id.*
[73] *Id.* ¶ 5.
[74] *Id.* ¶ 12.
[75] *Id.*
[76] Cabrera Decl. ¶ 12, Ex. 23.
[77] *Id.* ¶ 23.
[78] *Id.* ¶ 10.
[79] *Id.* ¶ 4.
[80] *Id.*
[81] *Id.* ¶ 3.
[82] *Id.* ¶¶ 13–14, 16–17, 20.
[83] *Id.* ¶ 13 & Ex. A.
[84] Cahill Decl. ¶ 1, Ex. 21.
[85] *Id.* ¶¶ 12, 14.
[86] Cahill Decl. ¶ 1, Ex. 21.
[87] *Id.* ¶ 4.
[88] *Id.* ¶ 7.
[89] *Id.* ¶¶ 9, 10.
[90] *Id.* ¶ 1.
[91] Urciaga Decl. ¶ 2, Ex. 9.
[92] *Id.* ¶¶ 7, 18, 19–20 & Ex. A.
[93] *Id.* ¶¶ 12, 22 & Ex. A.
[94] *Id.* ¶¶ 11, 13, 15 & Ex. A.
[95] *Id.* ¶ 18 & Ex. A.

[96] *Id.* ¶¶ 13, 23.
[97] Clere Decl. ¶ 1, Ex. 11.
[98] *Id.* ¶ 16.
[99] *Id.* ¶¶ 5, 7.
[100] *Id.* ¶ 7.
[101] *Id.*
[102] *Id.* ¶ 21.
[103] *Id.* ¶ 5.
[104] *Id.* ¶¶ 5–7 & Ex. A.
[105] *Id.* ¶ 8.
[106] Fredericks Decl. ¶ 2, Ex. 28.
[107] *Id.* ¶ 13.
[108] *Id.* Ex. A.
[109] *Id.* ¶ 12 (declarant Kelvie drove a heavy vehicle).
[110] *Id.* ¶¶ 6–7 & Exs. A & B.
[111] *Id.* ¶ 11 & Ex. C.
[112] *Id.* ¶¶ 3, 12
[113] Dane Dep. 11:22-24, Ex. 87.
[114] *Id.* at 22:7-14.
[115] *Id.* at 29:5–30:15.
[116] *Id.* at 66:17–67:17.
[117] *Id.* at 11:22-24.
[118] *Id.* at 24:20–26:14, 64:19-23, 102:15-20.
[119] *Id.* at 24:20–26:14.
[120] *Id.* at 22:15-20.
[121] *Id.* at 22:25–23:14.
[122] *Id.* at 41:22–42:4, 56:3-13.
[123] *Id.* at 58:4-11.
[124] Perez Decl. ¶ 2, Ex. 91.
[125] *Id.* ¶ 5.
[126] *Id.* ¶ 7.
[127] *Id.* ¶ 2.
[128] *Id.* ¶ 5.
[129] *Id.* ¶ 8.
[130] *Id.* ¶ 9.
[131] *Id.* ¶ 8.
[132] Stricevic Decl. ¶¶ 1–2, Ex. 8.
[133] *Id.* ¶¶ 1, 3.
[134] *Id.* ¶¶ 8–9.
[135] *Id.* ¶ 9.
[136] *Id.* ¶¶ 19, 27 & Exs. A & B.
[137] *Id.* ¶ 1.
[138] *Id.* ¶¶ 15–16, Exs. A & B.

[139] *Id.* ¶ 15.
[140] *Id.* ¶ 26.
[141] *Id.* ¶ 22
[142] *Id.*.
[143] Grinberg Dep. 19:16–20:3, Ex. 89.
[144] *Id.* at 24:13–30:8.
[145] *Id.* at 96:22–97:6.
[146] *Id.* at 89:4-9.
[147] *Id.* at 37:19–39:4.
[148] *Id.* at 51:17–52:2, 53:3-5.
[149] *Id.* at 51:17–52:2, 53:3-5, 89:4-9.
[150] Pinato Decl. ¶ 1, Ex. 13.
[151] *Id.* ¶¶ 11–12.
[152] *Id.* ¶ 25.
[153] *Id.* ¶ 26.
[154] *Id.* ¶ 4 (declarant Rhonda Howard drove a heavy vehicle).
[155] *Id.* ¶ 23.
[156] *Id.* ¶ 15.
[157] *Id.*
[158] *Id.* ¶ 5.
[159] *Id.* ¶ 5 & Ex. A.
[160] *Id.* ¶ 24 & Ex. C.
[161] *Id.* ¶ 4.
[162] Flores Decl. ¶ 2, Ex. 24.
[163] *Id.* ¶ 8.
[164] *Id.* ¶ 4.
[165] *Id.* ¶¶ 13–14.
[166] *Id.* ¶ 11.
[167] *Id.* ¶ 9.
[168] *Id.* ¶ 12 & Ex. D.
[169] Schriner Decl. ¶ 2, Ex. 90.
[170] *Id.* ¶¶ 12, 14.
[171] *Id.* ¶ 11.
[172] *Id.* ¶ 9.
[173] *Id.* ¶ 2.
[174] *Id.* ¶ 4.
[175] *Id.*
[176] *Id.* ¶ 10.
[177] *Id.* ¶ 7.
[178] Kwan Decl. ¶ 3, Ex. 22.
[179] *Id.* ¶¶ 10, 18 & Ex. B, Ex. 22.
[180] *Id.* ¶ 17, Ex. 22; Rasmussen Decl. ¶¶ 3–4, Ex. 18.
[181] *Id.* ¶ 5, Ex. 22 (declarant Perez drove a heavy vehicle at all times during his employment with LR Express, Inc.).

[182] *Id.* ¶¶ 7–12 & Ex. A, Ex. 22.
[183] *Id.* ¶ 10 & Ex. B, Ex. 22; Rasmussen Decl. ¶¶ 5–6, Ex. 18.
[184] *Id.* ¶¶ 14, 16 & Ex. A, Ex. 22.
[185] *Id.* ¶ 15 & Ex. C, Ex. 22; Rasmussen Decl. ¶ 8, Ex. 18.
[186] Ataie Decl. ¶¶ 5, 10–11, Ex. 16.
[187] Wingo Dep. 56:3-10, Ex. 84.
[188] *Id.* at 193:15–194:1.
[189] *Id.* at 146:21–149:12.
[190] *Id.* at 191:2-6.
[191] Ataie Decl. ¶ 32, Ex. 16.
[192] *Id.* ¶ 26; Wingo Dep. 131:14–132:18, Ex. 84.
[193] Wingo Dep. 132:1-5, Ex. 84.
[194] *Id.* at 89:8-22, 92:17-21.
[195] Ataie Decl. ¶ 16, Ex. 16
[196] Diniz Dep. 33:6-17, Ex. 51.
[197] *Id.* at 35:3-17.
[198] *Id.* at 123:24–124:25.
[199] *Id.* Dep. Ex. 15.
[200] *Id.* at 126:7-20, 127:3–128:15, 129:22–130:7.
[201] *Id.* at 92:13-16, 93:5-16, 99:3-20, 101:12-17, 102:8-24, 116:20–117:14 & Dep. Exs. 15 & 18.
[202] *Id.* at 80:19-24, 83:19–85:18, 86:4-24, 155:16–156:9 & Dep. Ex. 14.
[203] *Id.* at 32:9–34:9.
[204] *Id.* at 74:6-17, 75:24–76:15, 77:7-14.
[205] *Id.* at 67:7–71:17, 72:22–73:21.
[206] *Id.*
[207] *Id.* at 70:7–73:18.
[208] Tennant Decl. ¶ 3, Ex. 98.
[209] *Id.* ¶ 6.
[210] Schriner Decl. ¶¶ 12, 14, Ex. 90.
[211] Tennant Decl. ¶ 3, Ex. 98.
[212] *Id.* ¶¶ 6-7.
[213] *Id.* ¶¶ 7-8.
[214] Staples Decl. ¶¶ 3, 6, Ex. 25.
[215] *Id.* ¶¶ 13, 14 & Ex. B.
[216] *Id.* ¶ 12.
[217] *Id.* ¶ 6.
[218] *Id.* ¶ 16.
[219] *Id.*; Jones Decl. ¶ 5, Ex. 4.
[220] Staples Decl. ¶ 12, Ex. 25.
[221] Noda Decl. ¶ 2, Ex. 15.
[222] *Id.* ¶ 14.
[223] *Id.* ¶ 15.
[224] *Id.* ¶ 6.

225 *Id.* ¶ 8.
226 *Id.* ¶ 7.
227 *Id.* ¶¶ 7, 8 & Ex. A.
228 Sheban Decl. ¶ 3, Ex. 6.
229 *Id.* ¶ 11.
230 *Id.* ¶¶ 5–8 & Exs. A & B.
231 *Id.* ¶ 10 & Ex. C.
232 *Id.*
233 Prasad Decl. ¶ 2, Ex. 7.
234 *Id.* ¶ 10.
235 *Id.* ¶ 24 & Ex. A.
236 *Id.* ¶ 15.
237 *Id.* ¶ 2.
238 *Id.* ¶¶ 17–18 & Ex. A.
239 *Id.* ¶¶ 19–21 & Ex. C.
240 *Id.* ¶ 4.
241 *Id.* ¶ 22.
242 *Id.* ¶ 11.
243 *Id.* ¶ 23.
244 Kim Decl. ¶ 4, Ex. 5.
245 *Id.* ¶ 10.
246 *Id.* ¶ 9.
247 *Id.* ¶ 6 (declarant Warner drove a heavy vehicle).
248 *Id.* ¶ 14 & Ex B.
249 *Id.*
250 *Id.*
251 *Id.* ¶ 8.
252 *Id.*
253 Tenter Decl. ¶ 2, Ex. 12.
254 *Id.*
255 *Id.* ¶ 11 & Ex. B.
256 *Id.* ¶ 10 & Ex. B.
257 *Id.* ¶¶ 8–9 & Ex. C.
258 *Id.*
259 *Id.* ¶ 9 & Ex. C.
260 *Id.* ¶ 6.
261 *Id.*
262 Turner Dep. 19:25–20:17, Ex. 82
263 *Id.* at 27:23–29:1, 30:15-22.
264 *Id.* at 61:6-10.
265 *Id.* at 61:18–62:8.
266 *Id.* at 142:16-21.
267 *Id.* at 17:5-24.

[268] *Id.* at 38:17-20.
[269] *Id.* at 47:17-21.
[270] *Id.* at 44:20-25.
[271] *Id.* at 38:17-20, 142:16-21.
[272] Ataie Decl. ¶ 7, 9, Ex. 16.
[273] Tzorbatzakis Dep. 221:22–222:8, 227:2-5, Ex. 75
[274] *Id.* at 42:12-21.
[275] *Id.* at 227:6-12.
[276] Ataie Decl. ¶ 32, Ex. 16.
[277] *Id.* ¶ 26.
[278] *Id.* ¶¶ 27, 28
[279] *Id.* ¶ 16.
[280] *Id.*
[281] *Id.* ¶ 20.