# APPENDIX D

## FedEx Ground's Appendix D:
## Table Summarizing Factual Differences Among California Long Haul Drivers in Proposed Class[1]

| Driver | Interaction with FedEx Ground? | Worked in a Team? | Offered Benefits From Service Provider? | Instructed to Take Breaks? | Took Breaks? | Told FedEx Ground Was Not Employer? | Pay Method? | Paid Overtime or For Time at Station or Rest Stop? | Wore Uniform? |
|---|---|---|---|---|---|---|---|---|---|
| **Plaintiff Shannon Sobaszkiewicz** | Regular—FedEx Ground employees at station provide "load slip" with delivery deadline; and call to "pressure" her to keep moving.[2] | Yes[3] | Reimbursed her for some of trucking school.[4] | No[5] | Typically no breaks other than interrupted time in sleeper birth.[6] | No[7] | Unsure how paid.[8] | No—not paid for time in sleeper berth or nondriving tasks.[9] | No[10] |
| **Jack Arballo** | Frequent contact.[11] | Unknown | No[12] | Depends on the Service Provider—some yes, some no.[13] | Rarely; however, "sometimes" had meals in the truck but responsible for the truck and answering phone calls.[14] | Yes but only after the probation period.[15] | Previous Service Providers: percentage of what Service Provider makes on the route.  Current Service Provider: hourly.[16] | No[17] | Yes[18] |
| **Michael Barker** | Constant[19] | Unknown | One Service Provider provided paid vacation; no benefits at other two.[20] | Depends on Service Provider—some yes, some no.[21] | Yes, while based out of Tracy terminal.[22] | Yes[23] | Varied—salaried or salaried with additional pay for extra work or certain number of miles.[24] | No[25] | Unknown |

1

| Driver | Interaction with FedEx Ground? | Worked in a Team? | Offered Benefits From Service Provider? | Instructed to Take Breaks? | Took Breaks? | Told FedEx Ground Was Not Employer? | Pay Method? | Paid Overtime or For Time at Station or Rest Stop? | Wore Uniform? |
|---|---|---|---|---|---|---|---|---|---|
| **Daived Ginn** | Minimal and not direct.[26] | Yes[27] | Yes – health insurance, but declined it.[28] | Yes[29] | Yes, unless on a delayed or "hot run."[30] | No—told FedEx Ground was his employer.[31] | By the mile; greater pay for longer routes.[32] | No[33] | Occasionally[34] |
| **David Ferras** | Occasionally[35] | Yes[36] | Not at first; health insurance after 1-2 years.[37] | No, but knew rules from prior employer.[38] | Yes, as to lunch breaks.[39] | Yes[40] | By the mile.[41] | No,[42] but paid for "sleeper birth" time.[43] | No[44] |
| **Mark Kennedy** | Substantial[45] | Usually yes, although sometimes drove solo.[46] | Depends on Service Provider—some yes, some no.[47] | Yes[48] | Sometimes[49] | No[50] | By the mile; some Service Providers also offered bonus, wait time compensation, and per diem amount.[51] | No[52] | Yes[53] |
| **Richard Perea** | Regular[54] | Yes[55] | No[56] | Yes[57] | Depended on the circumstances but on average, at least one break per day.[58] | Unknown | 50 cents per mile split.[59] | No[60] | Depends on Service Provider—one yes, one no.[61] |
| **Joaquin Salas** | Minimal contact while on road[62]; regular contact at station.[63] | Yes[64] | No[65] | No[66] | Yes, as to 30-minute lunch break; other stops were short.[67] | Yes, but about 6 to 8 months into job.[68] | By the mile.[69] | No,[70] but was paid hourly if had a layover.[71] | Eventually with one Service Provider; no with others.[72] |

| Driver | Interaction with FedEx Ground? | Worked in a Team? | Offered Benefits From Service Provider? | Instructed to Take Breaks? | Took Breaks? | Told FedEx Ground Was Not Employer? | Pay Method? | Paid Overtime or For Time at Station or Rest Stop? | Wore Uniform? |
|---|---|---|---|---|---|---|---|---|---|
| **Edward Scott** | FedEx Ground "handed down" work to his Service Provider.[73] | Usually,[74] although sometimes drove solo.[75] | Unsure[76] | No,[77] but was told to break for safety reasons.[78] | Rested in sleeper berth. Rarely stopped unless for fuel.[79] | Yes[80] | Per trip and by the mile.[81] | Unclear, but gave contradictory testimony as to whether was paid for "sleeper berth" time.[82] | No[83] |
| **Kim Smock** | Occasionally during route[84]; regular contact at station.[85] | No | No[86] | No[87] | Sometimes[88] | Yes[89] | Weekly[90] | No[91] | Yes[92] |
| **Alan Tennant** | Unknown | No[93] | Unknown | Yes[94] | Yes[95] | "No doubt that [Service Provider] is employer"[96] | Unknown | Unknown | Unknown |

---

[1] Citations are to the exhibits to the Declaration of Sean F. Daley in Support of FedEx Ground's Opposition to Class Certification.
[2] Sobaszkiewicz Decl. ¶¶ 5, 9, ECF No. 287-2.
[3] *Id.* ¶ 5.
[4] Sobaszkiewicz Dep. 17:20–18:21, Ex. 71.
[5] *Id*. at 231:13-17.
[6] Sobaszkiewicz Decl. ¶¶ 15, 28-31, ECF No. 287-2.
[7] Sobaszkiewicz Dep. 24:24–25:4, 231:18–232:7, Ex. 71.
[8] *Id*. at 157:14–158:1, 167:2-14.
[9] Sobaszkiewicz Decl. ¶ 38, ECF No. 287-2; Sobaszkiewicz Dep. 157:14–158:1, 167:2-14, Ex. 71.
[10] Sobaszkiewicz Dep. 179:19–180:3, Ex. 71.
[11] Arballo Dep. 102:16-18, Ex. 44 (reports a FedEx linehaul employee speaking with him); Decl. of J. Arballo ¶¶ 7, 13, 15, ECF No. 287-2.
[12] Arballo Dep. 38:19-25, Ex. 44.
[13] *Id*. at 54:12-18, 74:15-18.
[14] Arballo Decl. ¶¶ 6, 24, 26, ECF No. 287-2; Arballo Dep. 52:11-12, 106:6-25, Ex. 44.
[15] Arballo Dep. 29:1-8, Ex. 44.
[16] *Id*. at 32:10-14, 33:16-34:18, 64:24-65:4, 65:13-20, 84:19-85:2; Arballo Decl. ¶ 22, ECF No. 287-2.
[17] Arballo Dep. 79:10-24, 87:22–88:4, 66:3-5, Ex. 44; Arballo Decl. ¶ 23, ECF No. 287-2.

[18] Arballo Dep. 102:9-14, Ex. 44; Arballo Decl. ¶¶ 10, 15, ECF No. 287-2.

[19] Barker Dep. 54:18–55:20, Ex. 54; *see also id.* at 82:19–83:25.

[20] *Id.* at 34:21–35:10 (no benefits with Service Provider GHC); *id.* at 69:13–70:20, 74:7–76:17 (Service Provider Turner Holdings told him he would get benefits and paid vacation but he never did); *id.* at 79:1–80:3 (Sierra Valley provided two weeks paid vacation in first year, followed by one week paid vacation thereafter).

[21] *Id.* at 66:22–67:24 (a half-hour lunch break was mandatory while based out of Tracy terminal); *id.* at 68:17–69:7 (while working for Service Provider Jaydan Logistics, people in the linehaul office said they would rather have drivers deliver trailers before taking any kind of break)

[22] *Id.* at 66:22–67:24.

[23] Barker Decl. ¶ 25, ECF No. 287-2.

[24] Barker Dep. 33:18–34:4, Ex. 54 (biweekly salary with GHC); *id.* at 50:4-20 (with Jayden Logistics and Sierra Valley, paid a salary base with additional pay for extra work over a certain number of hours or over a certain number of miles per week); *see also id.* at 80:9-18, 87:2–88:2.

[25] Barker Decl. ¶¶ 18, 20, ECF No. 287-2.

[26] Dep. Daived Ginn 40:4–41:4, Ex. 35 (only communication is by accepting the route and possibly en route if there was a change to the route).

[27] Decl. of Daived Ginn ¶ 16, ECF No. 287-2.

[28] Ginn Dep. 30:20–31:24, Ex. 35 (declined insurance because he already had insurance through a private carrier and with the Veterans Administration).

[29] *Id.* at 62:23–63:8.

[30] *Id.* at 61:8–62:22.

[31] *Id.* at 29:3-13.

[32] *Id.* at 42:3-4, 43:25–44:19.

[33] Ginn Decl. ¶¶ 4, 11, 26, ECF No. 287-2.

[34] Ginn Dep. at 67:21-23, Ex. 35.

[35] Ferras Dep. 52:25–53:15, 53:22-23, 57:19–58:6, Ex. 36.

[36] *Id.* at 24:24–25:21.

[37] *Id.* at 23:8-18, 24:4-15, 91:22–92:4.

[38] *Id.* at 34:1-4, 34:14-16, 80:1-9.

[39] *Id.* at 60:21-23, 71:21–72:19.

[40] *Id.* at 26:9-13.

[41] *Id.* at 19:24-25, 43:5-9, 69:19-24.

[42] Ferras Decl. ¶ 28, ECF No. 287-2.

[43] Ferras Dep. 42:24–43:9, 69:15-24, Ex. 36.

[44] *Id.* at 55:10-15.

[45] Dep. M. Kennedy 24:16-24, 81:5-9, 110:23-111:4, 129:20-25, 130:19-131:4, Ex. 52; Decl. M. Kennedy ¶¶ 9, 15, 18, 19, ECF No. 287-2.

[46] Dep. M. Kennedy 15:2-10, 44:12-15, 45:11-14, 52:20-22, 53:10-21, Ex. 52.

[47] *Id.* at 37:8-14; 43:13-22.

[48] *Id.* at 62:7-15.

[49] *Id.* at 58:19–59:7, 61:9-17, 62:7-15, 68:3-12, 102:22–103:4,114:20–115:6; Decl. M. Kennedy ¶¶ 9, 26, 27, ECF No. 287-2.

[50] Dep. M. Kennedy 18:2-5, 18:12-16, 22:24–23:5, Ex. 52.

[51] *Id.* at 36:14-22, 37:15-21; 37:24–38:7, 70:9-25; Decl. M. Kennedy ¶ 23, ECF No. 287-2.

[52] Dep. M. Kennedy 109:21-22, Ex. 52; Decl. M. Kennedy ¶ 25, ECF No. 287-2.

[53] Dep. M. Kennedy 101:21–102:16, 125:23–126:1, Ex. 52; Decl. M. Kennedy ¶ 11, ECF No. 287-2.

[54] Dep of Richard Perea 54:3–55:21, Ex. 60 (after initial assignment, got assignments from FedEx Ground dispatch; dispatch also called him direct to find out location on road).

[55] *Id.* at 24:10–25:3.

[56] *Id.* at 18:23–19:6; *see also id.* at 23:2-11; 75:3-16.

[57] *Id.* at 51:11–52:15.

[58] *Id.* at 51:11–52:15; *see also id.* at 63:24–64:24; 65:4-13; 67:4-14.

4

[59] *Id.* at 19:19–20:3; *id.* at 20:21-24.

[60] Perea Decl. ¶ 19, ECF No. 287-2.

[61] Dep. of Richard Perea 85:19-24, Ex. 60.

[62] Dep. of Joaquin Salas 43:23-25, 73:12-25, Ex. 46.

[63] *Id.* at 101:5-21.

[64] *Id.* at 24:11-12.

[65] *Id.* at 19:15-17, 40:2-3, 65:7-20.

[66] *Id.* at 55:13-19.

[67] *Id.* at 26:6-20.

[68] *Id.* at 13:11-20, 15:21-24,

[69] *Id.* at 24:6-10, 39:24–40:1, 47:21-23, 60:18-24, 69:3-5.

[70] *Id.* at 26:21-23 (Service Provider did not pay for time spent waiting to fuel), 69:25–70:4 (not paid for time waiting at the station).

[71] *Id.* at 64:16-25.

[72] *Id.* at 17:5–18:6 (testifying that his contractor got him a uniform after about six to eight months); *id.* at 59:25–60:6 (testifying that he did not wear a uniform for Service Provider Darver).

[73] Dep. of Edward Scott 28:17-23, Ex. 39.

[74] Decl. of Edward Scott ¶¶ 7, 12, ECF No. 287-2.

[75] Dep. of Edward Scott 30:21-23, Ex. 39.

[76] *Id.* at 77:10-18.

[77] *Id.* at 68:4-19, 69:1-14.

[78] *Id.* at 73:3-14.

[79] Decl. of Edward Scott ¶¶ 12–14, 24, ECF No. 287-2.

[80] Dep. of Edward Scott 21:19-25, Ex. 39.

[81] *Id.* at 35:9–36:2, 36:25–37:18, 40:2-7.

[82] *Compare* Decl. of Edward Scott ¶¶ 17-18, ECF No. 287-2, *with* Dep. of Edward Scott 99:24–100:14, Ex. 39.

[83] Dep. of Edward Scott 75:22–76:2, Ex. 39.

[84] Dep. of Kim Smock 42:4–43:4, Ex. 50 (testifying that FedEx Ground would call him more than once a month to tell him there was a change in the route).

[85] *Id.* at 65:21-25 (testifying that he "only reported to FedEx," "never to anybody for N & V Transport"); *id.* at 68:13–69:8, 70:8-11 (only communicated with FedEx Ground regarding his schedule).

[86] *Id.* at 25:8-15.

[87] *Id.* at 57:10-16.

[88] *Id.* at 59:2-16.

[89] *Id.* at 30:6–31:2.

[90] *Id.* at 23:13-22.

[91] *Id.* at 53:10-11 (not paid overtime); *id.* at 53:24–54:16 (not paid for the weekly mileage reports, monthly maintenance reports, transport of vehicles to the repair shop, time spent changing tires or vehicle maintenance); Decl. of K. Smock ¶ 3, ECF No. 287-2.

[92] Dep. of Kim Smock 83:1-24, Ex. 50 (wore uniform every day, although no one told him that he had to wear it).

[93] Tennant Decl. ¶ 2, Ex. 78.

[94] *Id.* ¶¶ 6-7.

[95] *Id.* ¶ 7.

[96] *Id.* ¶ 4.