UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HERMAN OVERPECK, et al.,

    Plaintiffs,

    v.

FEDEX CORPORATION, et al.,

    Defendants.

Case No. 18-cv-07553-PJH

**ORDER RE ADMINISTRATIVE MOTION**

Re: Dkt. No. 327

Defendant FedEx Ground has filed an administrative motion for an extension of time to file objections to plaintiffs' reply evidence in support of class certification. FedEx Ground seeks an extension until Tuesday, September 7, 2021, and also seeks to increase its page limit from five pages to fifteen pages.

The court does not find sufficient justification for a page limit increase from five pages to fifteen pages. However, FedEx Ground shall have a short time extension, until Friday, September 3, 2021, to file objections in accordance with the local rules. The motion is thus granted in part and denied in part.

**IT IS SO ORDERED.**

Dated: August 30, 2021

                                      /s/ *Phyllis J. Hamilton*
                                  PHYLLIS J. HAMILTON
                                  United States District Judge