1  Jeremy Pasternak, State Bar No. 181618
   jdp@pasternaklaw.com
2  Deanna Maxfield, State Bar No. 291913
   dm@pasternaklaw.com
3  **LAW OFFICES OF JEREMY PASTERNAK**
4  354 Pine Street, 5th Floor
   San Francisco, California 94104
5  Tel:  (415) 376-1710
   Fax:  (415) 693-0393
6

7  Joshua Konecky, SBN 182897
   jkonecky@schneiderwallace.com
8  Nathan Piller, SBN 300569
   npiller@schneiderwallace.com
9  **SCHNEIDER WALLACE COTTRELL KONECKY LLP**
10 2000 Powell Street, Suite 1400
11 Emeryville, CA 94608
   Telephone:  (415) 421-7100
12 Facsimile:  (415) 421-7105

13 Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN OVERPECK; SHANNON SOBASZKIEWICZ and KEVIN STERLING, individually and on behalf of all others similarly situated, and as a proxy of the state of California on behalf of aggrieved employees,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>FEDEX CORPORATION and FEDEX GROUND PACKAGE SYSTEM, INC., et al.<br><br>　　　　Defendants, | Case No. 4:18-cv-07553-PJH-DMR<br><br>**PLAINTIFFS' STATEMENT OF RECENT DECISION [N.D. CAL. CIV. L.R. 7-3(d)(2)]**<br><br>Date/Time:  None<br><br>Judge: Honorable Phyllis J. Hamilton |

| | |
|---|---|
| 1 | Pursuant to Civil Local Rule 7-3(d)(2), Plaintiffs submit this Statement of Recent Decision |
| 2 | attaching the opinion of the Court of Appeal of California, Fourth Appellate District, Division Three, |
| 3 | filed September 10, 2021, in the case of *Medina v. Equilon Enters., LLC*, No. G058820, 2021 Cal. |
| 4 | App. LEXIS 749 (Ct. App. Sep. 10, 2021). A true and correct copy of the decision is attached hereto |
| 5 | as Exhibit A. |
| 6 | |
| 7 | Respectfully submitted, |
| 8 | Dated: September 14, 2021 |
| 9 | |
| 10 | **SCHNEIDER WALLACE COTTRELL KONECKY LLP** |
| 11 | By: /s/ *Joshua Konecky* |
| 12 | JOSHUA KONECKY<br>Attorneys for Plaintiffs |

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2021, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

Dated: September 14, 2021        /s/ *Joshua Konecky*
Joshua Konecky
SCHNEIDER WALLACE
COTTRELL KONECKY LLP