UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN OVERPECK, et al.,<br><br>    Plaintiffs,<br><br>       v.<br><br>FEDEX CORPORATION, et al.,<br><br>    Defendants. | Case No. 18-cv-07553-PJH<br><br>**ORDER RE CLASS CERTIFICATION HEARING**<br><br>Re: Dkt. No. 346 |

The parties in the above-captioned case have filed a request to continue the hearing on plaintiffs' motion for class certification, currently scheduled for March 10, 2022. See Dkt. 346. Many of the proposed dates in April are not feasible due to the court's unavailability, and the proposed dates in May would cause unnecessary delay. Accordingly, the court offers the following dates and times for the class certification hearing: March 9, 2022 at either 10:00 a.m. or 1:30 p.m.; March 15, 2022 at either 10:00 a.m. or 1:30 p.m.; or March 24, 2022 at 1:30 p.m.

If the parties are not available for one of the foregoing dates, the motion will be decided on the papers. The parties shall file a joint notice with their preferred date (if any) by **March 7, 2022**.

**IT IS SO ORDERED.**

Dated: March 4, 2022

                      /s/ *Phyllis J. Hamilton*
                    PHYLLIS J. HAMILTON
                    United States District Judge