1  Brandy Thompson Cody SBN 196923
   Email: bcody@fisherphillips.com
2  Albert C. Lin SBN 304808
   Email: alin@fisherphillips.com
3  FISHER & PHILLIPS LLP
   4747 Executive Dr., Suite 1000
4  San Diego, CA 92121-3113
   Telephone: (858) 597-9600
5  Fax Number: (858) 597-9601

6  Jessica Goneau Scott, admitted *Pro Hac Vice*
   Email: scott@wtotrial.com
7  David J. Schaller, admitted *Pro Hac Vice*
   Email: schaller@wtotrial.com
8  Juan Ramirez, admitted *Pro Hac Vice*
   Email: ramirez@wtotrial.com
9  WHEELER, TRIGG O'DONNELL LLP
10 370 17th Street, Suite 4500
   Denver, CO 80202
11 Telephone: (303) 244-1800
   Facsimile: (303) 244-1879
12

13 Attorneys for Defendant
   FEDEX GROUND PACKAGE SYSTEM, INC.      [Additional Counsel Listed on Next Page]
14

15

IN THE UNITED STATES DISTRICT COURT
16
FOR THE NORTHERN DISTRICT OF CALIFORNIA
17

| | |
|---|---|
| 18 SHANNON SOBASZCIEWICZ and KEVIN STERLING, individually and on behalf of all other similarly situated, and as a proxy of the State of California on behalf of aggrieved employees, and Herman Overpeck, individually only, | Case No.  4:18-cv-07553-PJH (DMR) |
| 19 | **STIPULATION REGARDING** |
| 20 | **BRIEFING SCHEDULE FOR MOTION FOR SUMMARY JUDGMENT FILED BY FEDEX GROUND PACKAGE SYSTEM, INC.** ~~[PROPOSED]~~ **ORDER** |
| 21          Plaintiffs, | |
| 22      vs. | |
| 23 FEDEX CORPORATION; FEDEX GROUND PACKAGE SYSTEM, INC. | |
| 24          Defendants. | |

25

26

27

28

STIPULATION REGARDING BRIEFING SCHEDULE FOR MOTION FOR SUMMARY JDUGMENT
FILED BY FEDEX GROUND PACKAGE SYSTEM, INC.; ~~[PROPOSED]~~ ORDER

1   Jeremy Pasternak, State Bar No. 181618
    jdp@pasternaklaw.com
2   Deanna Maxfield, State Bar No. 291913
    dm@pasternaklaw.com
3   **LAW OFFICES OF JEREMY PASTERNAK**
4   354 Pine Street, 5th Floor
    San Francisco, California 94104
5   Tel:   (415) 376-1710
    Fax:   (415) 693-0393
6

7   Joshua Konecky, SBN 182897
    jkonecky@schneiderwallace.com
8   Leslie L. Joyner, SBN262705
    ljoyner@schneiderwallace.com
9   Nathan Piller, SBN 300569
    npiller@schneiderwallace.com
10  **SCHNEIDER WALLACE COTTRELL**
    **KONECKY LLP**
11  2000 Powell Street, Suite 1400
12  San Francisco, CA 94104
    Telephone:    (415) 421-7100
13  Facsimile:    (415) 421-7105

14  Attorneys for Plaintiffs

15
    Barak J. Babcock
16  Christopher M. Ahearn
    **FEDERAL EXPRESS CORPORATION**
17  3620 Hacks Cross Road, Building B – 3rd Floor
    Memphis, TN 38125
18  Ph: (901) 434-8523
19  Fx: (901) 492-9930
    Email: barak.babcock@fedex.com
20  Email: christopher.ahearn@fedex.com

21  Attorneys for Defendant FedEx Corporation

22

23

24

25

26

27

28
                                        2              Case No. 4:18-cv-07553-PJH (DMR)

STIPULATION REGARDING BRIEFING SCHEDULE FOR MOTION FOR SUMMARY JDUGMENT
FILED BY FEDEX GROUND PACKAGE SYSTEM, INC.; [PROPOSED] ORDER

1      Plaintiffs Herman Overpeck, Kevin Sterling, and Shannon Sobaszkiewicz ("Plaintiffs"),

2   and Defendants FedEx Ground Package System, Inc. ("FedEx Ground"), and FedEx Corporation

3   (collectively, the "Parties") stipulate as follows pursuant to Rule 7-12 of the Civil Local Rules of

4   this Court:

5      WHEREAS, on March 25, 2022, this Court issued its Order Denying Motion for Class

6   Certification. [ECF 362.]

7      WHEREAS, on April 18, 2022, Defendant FedEx Ground filed a Notice of Motion and

8   Motion for Summary Judgement, Motion of Points and Authorities, and various declarations and

9   exhibits in support of the Motion. [ECF 372.]

10      WHEREAS, the Motion seeks full judgment on eight of the individual Plaintiffs' claims

11   and partial judgment on another four of Plaintiffs' claims.

12      WHEREAS, Plaintiffs' counsel represent that they will need more time than the default

13   time period set forth in Civil Local Rule 7-3(a) to fully evaluate the factual and legal issues raised

14   in the motion, discuss them with their clients, and prepare an opposition.

15      WHEREAS, Plaintiffs' counsel further represent that they also seek additional time due

16   to impending work commitments on substantial projects in other matters with pre-existing

17   deadlines before May 2, 2022.

18      WHEREAS, Plaintiffs' counsel intend to substantively respond to the Motion but need

19   significant time to study the existing record for the additional reason that they need to determine

20   if there are portions of the Motion, which in Plaintiffs' view, would require additional discovery

21   and warrant denial or deferment under Fed. R. Civ. P. 56(d).

22      WHEREAS, the Commentary to Civil Local Rule 7-2 provides: "The time periods set

23   forth in Civil L.R. 7-2 and 7-3 regarding notice, response, and reply to motions are minimum

24   time periods. For complex motions, parties are encouraged to stipulate to or seek a Court order

25   establishing a longer notice period with correspondingly longer periods for response or reply.

26   See Civil L.R. 1-4 and 1-5."

27      WHEREAS, there are currently no pre-trial deadlines or a trial date set;

28      WHEREAS, counsel for all parties have met and conferred regarding the briefing

schedule concerning the Motion for Summary Judgment filed by Defendant FedEx Ground as well as the relationship between this Motion and other potential motion practice in the case, and STIPULATE as follows, subject to approval of the Court:

1.    Plaintiffs shall have until June 1, 2022, to file their Opposition to Defendant FedEx Ground's Motion for Summary Judgment;

2.    Defendant FedEx Ground shall have until June 22 to file its Reply to Plaintiffs' Opposition;

3.    In the event Plaintiffs' Opposition raises an argument for further discovery, denial, or deferment under Fed. R. Civ. P. 56(d), Defendants shall have an additional three (3) pages to respond to that argument in addition to the page limit set by Civil Local Rule 7-4(b);

4.    Defendant FedEx Corporation may also bring its own Motion for Summary Judgment on the integrated enterprise issue and other issues that are unique to FedEx Corporation, not addressed in the Motion brought by FedEx Ground, after counsel for Plaintiffs and FedEx Corporation meet and confer as to what discovery may be necessary or appropriate to conduct prior to such motion by Defendant FedEx Corporation.  The parties agree that this Motion can be brought after resolution of Defendant FedEx Ground's motion because such resolution may moot some or all of FedEx Corporation's arguments.  The parties further agree that such Motion for Summary Judgment will be brought in time to be adjudicated before any trial in this matter.

5.    Based on the above, the Parties agree to vacate the May 26, 2022, hearing on FedEx Ground's Motion. With the Court's approval of this stipulation, FedEx Ground will re-notice the hearing for July 14, 2022.

**IT IS SO STIPULATED**

Respectfully submitted,

DATED:  April 22, 2022                    WHEELER TRIGG O'DONNELL LLP


                                          By:    /s/ Jessica G. Scott
                                                 JESSICA G. SCOTT
                                                 Attorney for Defendant
                                                 FEDEX GROUND PACKAGE SYSTEM,
                                                 INC.

1  Dated:  April 22, 2022                    SCHNEIDER WALLACE COTTRELL
                                             KONECKY LLP
2

3                                            By:      _____/s/ Joshua Konecky_____
4                                                  JOSHUA KONECKY
                                                  Attorneys for PLAINTIFFS
5

6
                                             FEDEX CORPORATION
7

8  Dated: April 22, 2022                     By:      _____/s/ Barak Babcock_____
9                                                  BARAK BABCOCK
                                                  Attorney for Defendant
10                                                 FEDEX CORPORATION

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING BRIEFING SCHEDULE FOR MOTION FOR SUMMARY JDUGMENT
FILED BY FEDEX GROUND PACKAGE SYSTEM, INC.; [PROPOSED] ORDER

1

## **<u>DECLARATION OF CONSENT</u>**

2

    Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of

3

perjury that concurrence in the filing of the document has been obtained from each of the

4

other Signatories.

5

DATED:  April 22, 2022                                   /s/ *Joshua Konecky*

                                                                          JOSHUA KONECKY

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING BRIEFING SCHEDULE FOR MOTION FOR SUMMARY JDUGMENT
FILED BY FEDEX GROUND PACKAGE SYSTEM, INC.; [PROPOSED] ORDER

# [PROPOSED] ORDER

PURSUANT TO STIPULATION AND GOOD CAUSE SHOWN:

1.  Plaintiffs shall have until June 1, 2022, to file their Opposition to Defendant FedEx Ground's Motion for Summary Judgment;

2.  Defendant FedEx Ground shall have until June 22 to file its Reply to Plaintiffs' Opposition;

3.  In the event Plaintiffs' Opposition raises an argument for further discovery, denial, or deferment under Fed. R. Civ. P. 56(d), Defendants shall have an additional three (3) pages for its Opposition in addition to the page limit set by Civil Local Rule 7-4(b);

4.  Defendant FedEx Corporation may also bring its own Motion for Summary Judgment on the integrated enterprise issue and other issues that are unique to FedEx Corporation, not addressed in the Motion brought by FedEx Ground, after counsel for Plaintiffs and FedEx Corporation meet and confer as to what discovery may be necessary or appropriate to conduct prior to such motion by Defendant FedEx Corporation. The parties are ordered to meet and confer about such Motion after the Court issues its ruling on FedEx Ground's Motion for Summary Judgment.

IT IS SO ORDERED.

DATED: ___April 25, 2022___



_____
HON. PHYLLIS J. HAMILTON
United States District Judge

STIPULATION REGARDING BRIEFING SCHEDULE FOR MOTION FOR SUMMARY JDUGMENT
FILED BY FEDEX GROUND PACKAGE SYSTEM, INC.; [PROPOSED] ORDER