1  Brandy T. Cody, State Bar No. 196923
   Email: bcody@fisherphillips.com
2  FISHER & PHILLIPS LLP
   4747 Executive Drive, Suite 1000
3  San Diego, CA  92121
   Telephone (858) 597-9600
4  Facsimile (858) 597-9601

5  Jessica G. Scott, *appearing pro hac vice*
   Email: scott@wtotrial.com
6  David J. Schaller, *appearing pro hac vice*
   Email: schaller@wtotrial.com
7  Juan S. Ramirez, *appearing pro hac vice*
   Email: ramirez@wtotrial.com
8  Andrew H. Myers, *admitted pro hac vice*
   Email: myers@wtotrial.com
9  WHEELER TRIGG O'DONNELL LLP
   370 Seventeenth Street, Suite 4500
10 Denver, CO 80202-5647
   Telephone: (303) 244-1800
11 Facsimile: (303) 244-1879

12 [ADDITIONAL COUNSEL LISTED
13 ON NEXT PAGE]

14 Attorneys for Defendant
15 FEDEX GROUND PACKAGE SYSTEM, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON SOBASZKIEWICZ and KEVIN STERLING, individually and on behalf of all others similarly situated, and as a proxy of the State of California on behalf of aggrieved employees,<br><br>Plaintiffs,<br><br>v.<br><br>FEDEX CORPORATION and FEDEX GROUND PACKAGE SYSTEM, INC.,<br><br>Defendants. | Case No:  4:18-cv-07553-PJH (DMR)<br><br>**DEFENDANT FEDEX GROUND PACKAGE SYSTEM, INC.'S STATEMENT OF RECENT DECISION [N.D. CAL. CIV. L.R. 7-3(d)(2)]**<br><br>Date: July 28, 2022<br><br>Time: 1:30 p.m.<br><br>Place: Oakland Courthouse<br><br>Courtroom: 3, 3rd Floor<br><br>Action filed: December 14, 2018 |

1  Albert C. Lin, State Bar No. 304808
   Email: alin@fisherphillips.com
2  Myngoc T. Nguyen
   Email: mnguyen@fisherphillips.com
3  Kristina N. Buan
   Email: kbuan@fisherphillips.com
4  FISHER & PHILLIPS LLP
   2050 Main Street, Suite 1000
5  Irvine, California  92614
   Telephone: (949) 851-2424
6  Facsimile:  (949) 851-0152

7
   Attorneys for Defendant
8  FEDEX GROUND PACKAGE SYSTEM, INC.

| | |
|---|---|
| 1 | Pursuant to Civil Local Rule 7-3(d)(2), FedEx Ground Package System, Inc. ("FedEx |
| 2 | Ground") respectfully submits this Statement of Recent Decision calling the Court's attention to a |
| 3 | decision from the Superior Court of California, County of Alameda, *Robinson et al. v. FedEx* |
| 4 | *Ground Package System, Inc. et al.*, No. RG17854521 (Cal. Super. Ct. May 6, 2022), which was |
| 5 | decided after FedEx Ground filed its second re-notice of motion for summary judgment hearing. |
| 6 | (ECF No. 382). A true and correct copy of that decision is attached as Exhibit A. |

Dated: May 23, 2022.

Respectfully submitted,

WHEELER TRIGG O'DONNELL LLP

By: */s/ Jessica G. Scott*
JESSICA G. SCOTT

Attorneys for Defendant
FEDEX GROUND PACKAGE SYSTEM, INC.

# CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on May 23, 2022, I electronically filed the foregoing **DEFENDANT FEDEX GROUND PACKAGE SYSTEM, INC.'S STATEMENT OF RECENT DECISION [N.D. CAL. CIV. L.R. 7-3(d)(2)]** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Hassan Ahmad Aburish**
  haburish@fisherphillips.com, yhernandez@fisherphillips.com

- **Barak J. Babcock**
  barak.babcock@fedex.com, csressler@fedex.com, sonia.walker@fedex.com, christinamendoza@fedex.com

- **Kristina Avena Buan**
  kbuan@fisherphillips.com

- **Brandy Thompson Cody**
  bcody@fisherphillips.com, cramirez@fisherphillips.com, mmalyuk@fisherphillips.com, jberkley@fisherphillips.com, etoller@fisherphillips.com, spolk@fisherphillips.com

- **Adam Blair Corren**
  correnlaw@sbcglobal.net

- **Michelle R. Ferber**
  mferber@ferberlaw.com, 6333705420@filings.docketbird.com, 3399552420@filings.docketbird.com, 2667975420@filings.docketbird.com

- **Morgan Forsey**
  mforsey@sheppardmullin.com, dgilliland@sheppardmullin.com

- **Joshua Geoffrey Konecky**
  jkonecky@schneiderwallace.com, npiller@schneiderwallace.com, efilings@schneiderwallace.com, mail@schneiderwallace.com, 2732702420@filings.docketbird.com

- **Peter Younghoon Lee**
  plee@sheppardmullin.com, 3531932420@filings.docketbird.com, 5020282420@filings.docketbird.com, mtom-hum@sheppardmullin.com

- **Albert C. Lin**
  alin@fisherphillips.com, amiranda@fisherphillips.com

- **Jennifer R. Lucas**
  jlucas@ferberlaw.com

- **Lucky Meinz**
  lmeinz@sheppardmullin.com

1

Case No. 4:18-cv-07553-DMR
DEF. FEDEX GROUND PACKAGE SYSTEM, INC.'S STATEMENT OF RECENT DECISION

- **Andrew Howell Myers**
  myers@wtotrial.com, ruocco@wtotrial.com, keitlen@wtotrial.com

- **Shannon Bettis Nakabayashi**
  shannon.nakabayashi@jacksonlewis.com, shannon-nakabayashi-4405@ecf.pacerpro.com, fatimah.sikin@jacksonlewis.com, sanfranciscodocketing@jacksonlewis.com

- **Myngoc T. Nguyen**
  mnguyen@fisherphillips.com, ecamanag@fisherphillips.com

- **Jesse Soto Ortiz, III**
  jesse@jesseortizlaw.com

- **Daniel E. Park**
  dpark@parklawcorp.com

- **Jeremy David Pasternak**
  jdp@pasternaklaw.com, mr@pasternaklaw.com, my@pasternaklaw.com, dm@pasternaklaw.com

- **Nathan Bunnell Piller**
  npiller@schneiderwallace.com, efilings@schneiderwallace.com, 7614105420@filings.docketbird.com, mail@schneiderwallace.com

- **Jessica Goneau Scott**
  scott@wtotrial.com, umaguing@wtotrial.com

- **David J. Schaller**
  schaller@wtotrial.com

- **Juan S. Ramirez**
  ramirez@wtotrial.com, miller@wtotrial.com

- **Spencer D. Sinclair**
  office@correnlaw.com, ssinclair@correnlaw.com

- **Nora K Stilestein**
  nstilestein@sheppardmullin.com, lcisneros@sheppardmullin.com

- **Yongqing Douglas Yang**
  dyang@sheppardmullin.com, bdelacruz@sheppardmullin.com

*Original signature on file at the law firm of Wheeler Trigg O'Donnell LLP [must have this attestation for this court if person signing is not the signer]*

*/s/ Jessica G. Scott*
Jessica G. Scott