UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 26 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

SHANNON SOBASKIEWICZ; KEVIN STERLING, individually and on behalf of all other similarly situated, and as a proxy of the State of California on behalf of aggrieved employees, and Herman Overpeck individually, only,

        Plaintiffs-Petitioners,

v.

FEDEX CORPORATION; FEDEX GROUND PACKAGE SYSTEM, INC.,

        Defendants-Respondents.

No. 22-80028

D.C. No. 4:18-cv-07553-PJH
Northern District of California,
Oakland

ORDER

Before: BYBEE and HURWITZ, Circuit Judges.

The court, in its discretion, denies the petition for permission to appeal the district court's March 25, 2022 order denying class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005).