1  Brandy Thompson Cody SBN 196923
   Email: bcody@fisherphillips.com
2  Amberly A. Morgan (SBN 273891)
   Email: amorgan@fisherphillips.com
3  FISHER & PHILLIPS LLP
   4747 Executive Dr., Suite 1000
4  San Diego, CA 92121-3113
   Telephone: (858) 597-9600
5  Fax Number: (858) 597-9601

6  Jessica G. Scott, *appearing pro hac vice*
   Email: scott@wtotrial.com
7  David J. Schaller, *appearing pro hac vice*
   Email: schaller@wtotrial.com
8  Juan S. Ramirez, *appearing pro hac vice*
   Email:ramirez@wtotrial.com
9  Andrew H. Myers, admitted Pro Hac Vice
10 Email: myers@wtotrial.com
   WHEELER TRIGG O'DONNELL LLP
11 370 Seventeenth Street, Suite 4500
   Denver, CO 80202-5647
12 Telephone: (303) 244-1800
   Facsimile: (303) 244-1879
13
14 [ADDITIONAL COUNSEL LISTED
   ON NEXT PAGE]

15

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON SOBASZKIEWICZ and KEVIN STERLING, individually and on behalf of all other similarly situated, and as a proxy of the State of California on behalf of aggrieved employees, and HERMAN OVERPECK, individually only,<br><br>    Plaintiffs,<br><br>vs.<br><br>FEDEX CORPORATION; FEDEX GROUND PACKAGE SYSTEM, INC.,<br><br>    Defendants. | Case No. 4:18-cv-07553-PJH (DMR)<br><br>**FEDEX GROUND PACKAGE SYSTEM, INC.'S NOTICE OF CORRECTION TO REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**<br><br><br>Date:     July 28, 2022<br>Time:    1:30 p.m.<br>Dept:    Courtroom 3 – 3rd Floor |

26 Albert C. Lin (SBN 304808)
   Email: alin@fisherphillips.com
27 Myngoc T. Nguyen
   Email: mnguyen@fisherphillips.com
28 Kristina N. Buan

| | |
|---|---|
| 1 | Email: kbuan@fisherphillips.com |
| | FISHER & PHILLIPS LLP |
| 2 | 2050 Main Street, Suite 1000 |
| | Irvine, California 92614 |
| 3 | Telephone: (949) 851-2424 |
| | Facsimile: (949) 851-0152 |
| 4 | |
| 5 | Attorneys for Defendant |
| | FEDEX GROUND PACKAGE SYSTEM, INC. |

On April 18, 2022, FedEx Ground Package System, Inc. submitted a Request for Judicial Notice in Support of its Motion for Summary Judgment. (ECF No. 375.) Exhibit 2 to the Request for Judicial Notice is a document entitled "Clarification Regarding Preemption Decision on California Meal and Rest Breaks." (ECF No. 375-2.) That document states that a "more detailed public statement" addressing the retroactive effect of the FMCSA preemption determination is forthcoming. *Id.* The public statement that was later issued, the Federal Motor Carrier Safety Administration Legal Opinion of the Office of the Chief Counsel dated March 22, 2019, is the document that FedEx Ground intended to attach as Exhibit 2 to the Request for Judicial Notice and is the document that FedEx Ground quoted from in the Request for Judicial Notice. That document is attached here denoted as Exhibit 2.

FedEx Ground requests that the Court replace Exhibit 2 to its Request for Judicial Notice in Support of its Motion for Summary Judgment, ECF No. 375, with replacement Exhibit 2 to this Notice of Correction, and consider it with FedEx Ground's Request for Judicial Notice.

DATED: July 14, 2022          WHEELER TRIGG O'DONNELL LLP

By:   */s/ Jessica G. Scott*
JESSICA G. SCOTT
Attorney for Defendant
FEDEX GROUND PACKAGE SYSTEM, INC.

# CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on July 14, 2022, I electronically filed the foregoing **FEDEX GROUND PACKAGE SYSTEM, INC.'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT NOTICE OF CORRECTION TO REQUEST FOR JUDICIAL NOTICE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Hassan Ahmad Aburish**
  haburish@fisherphillips.com, yhernandez@fisherphillips.com

- **Barak J. Babcock**
  barak.babcock@fedex.com, csressler@fedex.com, sonia.walker@fedex.com, christinamendoza@fedex.com

- **Kristina Avena Buan**
  kbuan@fisherphillips.com

- **Brandy Thompson Cody**
  bcody@fisherphillips.com, cramirez@fisherphillips.com, mmalyuk@fisherphillips.com, jberkley@fisherphillips.com, etoller@fisherphillips.com, spolk@fisherphillips.com

- **Adam Blair Corren**
  correnlaw@sbcglobal.net

- **Michelle R. Ferber**
  mferber@ferberlaw.com, 6333705420@filings.docketbird.com, 3399552420@filings.docketbird.com, 2667975420@filings.docketbird.com

- **Morgan Forsey**
  mforsey@sheppardmullin.com, dgilliland@sheppardmullin.com

- **Joshua Geoffrey Konecky**
  jkonecky@schneiderwallace.com, npiller@schneiderwallace.com, efilings@schneiderwallace.com, mail@schneiderwallace.com, 2732702420@filings.docketbird.com

- **Peter Younghoon Lee**
  plee@sheppardmullin.com, 3531932420@filings.docketbird.com, 5020282420@filings.docketbird.com, mtom-hum@sheppardmullin.com

- **Albert C. Lin**
  alin@fisherphillips.com, amiranda@fisherphillips.com

- **Jennifer R. Lucas**
  jlucas@ferberlaw.com

- **Lucky Meinz**
  lmeinz@sheppardmullin.com

- **Andrew Howell Myers**
  myers@wtotrial.com, ruocco@wtotrial.com, keitlen@wtotrial.com

- **Shannon Bettis Nakabayashi**
  shannon.nakabayashi@jacksonlewis.com, shannon-nakabayashi-4405@ecf.pacerpro.com, fatimah.sikin@jacksonlewis.com, sanfranciscodocketing@jacksonlewis.com

- **Myngoc T. Nguyen**
  mnguyen@fisherphillips.com, ecamanag@fisherphillips.com

- **Jesse Soto Ortiz, III**
  jesse@jesseortizlaw.com

- **Daniel E. Park**
  dpark@parklawcorp.com

- **Jeremy David Pasternak**
  jdp@pasternaklaw.com, mr@pasternaklaw.com, my@pasternaklaw.com, dm@pasternaklaw.com

- **Nathan Bunnell Piller**
  npiller@schneiderwallace.com, efilings@schneiderwallace.com, 7614105420@filings.docketbird.com, mail@schneiderwallace.com

- **Jessica Goneau Scott**
  scott@wtotrial.com, umaguing@wtotrial.com

- **David J. Schaller**
  schaller@wtotrial.com

- **Juan S. Ramirez**
  ramirez@wtotrial.com; miller@wtotrial.com

- **Spencer D. Sinclair**
  office@correnlaw.com, ssinclair@correnlaw.com

- **Nora K Stilestein**
  nstilestein@sheppardmullin.com, lcisneros@sheppardmullin.com

- **Yongqing Douglas Yang**
  dyang@sheppardmullin.com, bdelacruz@sheppardmullin.com

*/s/ Jessica G. Scott*

2    Case No. 4:18-cv-07553-PJH (DMR)
FEDEX GROUND PACKAGE SYSTEM, INC.'S NOTICE OF CORRECTION TO REQUEST FOR
JUDICIAL NOTICE IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT