# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date:** July 28, 2022 (Time: 1 hour, 25 minutes)   **JUDGE:** Phyllis J. Hamilton

**Case No:** 18-cv-07553-PJH
**Case Name:** Sobaszkiewicz, et al. v Fedex Corporation, et al.

**Attorney(s) for Plaintiff:**     Nathan Piller; Joshua Konecky
**Attorney(s) for Defendant:**     Jessica Scott; Brandy Cody for Fedex Ground

**Deputy Clerk:** Kelly Collins          **Court Reporter:** Lee-Anne Shortridge

### PROCEEDINGS

Defendant Fedex Ground Package Systems, Inc.'s Motion for Summary Judgment-HELD via Zoom webinar.  The Court takes the matter under submission.

**Order to be prepared by:**   [] Pl [] Def [X] Court

**Notes:**

cc: chambers