# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date:** September 15, 2022  (Time: 28 minutes)     **JUDGE:** Phyllis J. Hamilton

**Case No:** 18-cv-07553-PJH
**Case Name:** Sobaszkiewicz et al v. Fedex Corporation

**Attorney(s) for Plaintiff:** Joshua Konecky
**Attorney(s) for Defendants:** Christopher Ahern for FedEx Corp.; Jessica Scott for FedEx Ground

**Deputy Clerk:** Kelly Collins     **FTR:** Recorded in Zoom

## PROCEEDINGS

Further Case Management Conference-Held via Zoom.  FedEx Corp. motion for summary judgment to be filed by 11/3/2022. Opposition due 11/17/2022. Reply due 11/23/2022.  Hearing set for 12/8/2022 at 1:30 p.m. Parties to meet and confer before FedEx Ground files motion to strike PAGA claims as to service provider that did not employee plaintiffs.  PAGA claim to be tried to the Court, date to be set following jury verdict.

### REFERRALS:
[X] Case referred to (random) Magistrate Judge for SETTLEMENT CONFERENCE as soon as the Magistrate Judge's calendar permits.

### PRETRIAL SCHEDULE:

**Non-Expert Discovery Cutoff:** 2/27/2023
**Expert Disclosure:** 10/28/2022  **Rebuttal:** 12/22/2022
**Expert Discovery Cutoff:** 2/27/2023
**Dispositive Motions heard by:** 12/8/2022
**Pretrial Conference:** 3/23/2022 at 2:00 p.m.
**Trial:** April 17, 2023, at 8:30 a.m., for 10 days, by [X] Jury [] Court

Order to be prepared by:   [] Pl [] Def [X] Court

cc: chambers