| | |
|---|---|
| 1 | Brandy T. Cody, State Bar No. 196923 |
| 2 | Email: bcody@fishisphillips.com |
| | FISHER & PHILLIPS LLP |
| 3 | 4747 Executive Drive, Suite 1000 |
| | San Diego, CA 92121 |
| 4 | Telephone (858) 597-9600 |
| | Facsimile (858) 597-9601 |

Jessica G. Scott, *appearing pro hac vice*
Email: scott@wtotrial.com
David J. Schaller, *appearing pro hac vice*
Email: schaller@wtotrial.com
Juan S. Ramirez, *appearing pro hac vice*
Email:ramirez@wtotrial.com
Andrew H. Myers, admitted Pro Hac Vice
Email: myers@wtotrial.com
WHEELER TRIGG O'DONNELL LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
Telephone: (303) 244-1800
Facsimile: (303) 244-1879

[ADDITIONAL COUNSEL LISTED
ON NEXT PAGE]

Attorneys for Defendant
FEDEX GROUND PACKAGE SYSTEM, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON SOBASZKIEWICZ and KEVIN STERLING, individually and on behalf of all others similarly situated, and as a proxy of the State of California on behalf of aggrieved employees, and Herman Overpeck, individually only,<br><br>      Plaintiffs,<br><br>      v.<br><br>FEDEX CORPORATION; FEDEX GROUND PACKAGE SYSTEM, INC.,<br><br>      Defendants. | Case No: 4:18-cv-07553-PJH (DMR)<br><br>**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT FEDEX CORPORATION** |

| | |
|---|---|
| 1 | Albert C. Lin, State Bar No. 304808 |
| | Email: alin@fishisphillips.com |
| 2 | Myngoc T. Nguyen |
| | Email: mnguyen@fisherphillips.com |
| 3 | Kristina N. Buan |
| | Email: kbuan@fisherphillips.com |
| 4 | FISHER & PHILLIPS LLP |
| | 2050 Main Street, Suite 1000 |
| 5 | Irvine, California 92614 |
| | Telephone: (949) 851-2424 |
| 6 | Facsimile: (949) 851-0152 |

Attorneys for Defendant
FEDEX GROUND PACKAGE SYSTEM, INC.

Jeremy Pasternak, State Bar No. 181618
jdp@pasternaklaw.com
Deanna Maxfield, State Bar No. 291913
dm@pasternaklaw.com
LAW OFFICES OF JEREMY PASTERNAK
354 Pine Street, 5th Floor
San Francisco, California 94104
Tel: (415) 376-1710
Fax: (415) 693-0393

Joshua Konecky, SBN 182897
jkonecky@schneiderwallace.com
Nathan Piller, SBN 300569
npiller@schneiderwallace.com
SCHNEIDER WALLACE COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400
San Francisco, CA 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

Attorneys for Plaintiffs

Barak J. Babcock
Christopher M. Ahearn
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Road, Building B – 3rd Floor
Memphis, TN 38125
Ph: (901) 434-8523
Fx: (901) 492-9930
Email: barak.babcock@fedex.com
Email: christopher.ahearn@fedex.com
Attorneys for Defendant
FEDEX CORPORATION

| | |
|---|---|
| 1 | Plaintiffs Herman Overpeck, Kevin Sterling, and Shannon Sobaszkiewicz ("Plaintiffs"), |
| 2 | Defendant FedEx Ground Package System, Inc., and Defendant FedEx Corporation (hereinafter |
| 3 | collectively, the "Parties"), stipulate, by and through their undersigned counsel, as follows. |
| 4 | The Parties hereby stipulate that Defendant FedEx Corporation is hereby dismissed, without |
| 5 | prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. |

Respectfully submitted,

Dated: October 5, 2022.    WHEELER TRIGG O'DONNELL LLP

By: */s/ Jessica G. Scott (as authorized on Oct. 3, 2022)*
JESSICA G. SCOTT

Attorneys for Defendant
FEDEX GROUND PACKAGE SYSTEM, INC.

Dated: October 5, 2022.    SCHNEIDER WALLACE COTTRELL KONECKY LLP

By: */s/ Joshua Konecky (as authorized on Oct. 5, 2022)*
JOSHUA KONECKY

Attorneys for PLAINTIFFS

Dated: October 5, 2022.    FEDERAL EXPRESS CORP. – LEGAL DEPT.

By: */s/ Christopher M. Ahearn*
CHRISTOPHER M. AHEARN

Attorney for Defendant
FEDEX CORPORATION

**Attestation of Authorization to Sign**

Pursuant to Rule 5-1(h)(3) of the Civil Local Rules of this Court, I hereby attest that each of the above-listed signatories have concurred in the filing of this document.

/s/ *Christopher M. Ahearn*
CHRISTOPHER M. AHEARN

1
Case No. 4:18-cv-07553-PJH (DMR)
JOINT STIP. OF DISMISSAL W/O PREJ. RE DEF. FEDEX CORP.