# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| HERMAN OVERPECK, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:18-cv-07553-PJH-DMR |
| FEDEX CORPORATION, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Herman Overpeck, Shannon Sobaszkiewicz & Kevin Sterling, individually and on behalf of all other similarly situated.

Date: 10/12/2022

*Attorney's signature*

Sarah McCracken, 313198
*Printed name and bar number*

Schneider Wallace Cottrell Konecky LLP
2000 Powell Street, Suite 1400 Emeryville, CA 94608
*Address*

smccracken@schneiderwallace.com
*E-mail address*

(415) 421-7100
*Telephone number*

(415) 421-7105
*FAX number*