# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## SETTLEMENT CONFERENCE MINUTES

| **Date:** 1/25/2023 | **Time:** 1:00pm - 5:27pm | **Judge:** Kandis A. Westmore |
|---|---|---|
| **Case No.:** 18-cv-07553-PJH (KAW) | **Case Name:** Sobaszkiewicz et al v. FedEx Ground Package System, Inc. | |

**For Plaintiffs:**
Joshua Konecky, Jeremy Pasternak, and Sarah McCracken with Plaintiffs Shannon Sobaszkiewicz, Kevin Sterling, and Herman Overpeck

**For Defendant:**
Jessica Scott with FedEx Ground's in-house counsel Shanicka Kennedy.

**Deputy Clerk:** William F. Tabunut          **Not Reported.**

## PROCEEDINGS

Settlement conference held via Zoom. Matter reported not settled. Negotiations between the parties and the Court to continue via email.