Jessica G. Scott, *appearing pro hac vice*
Email: scott@wtotrial.com
David J. Schaller, *appearing pro hac vice*
Email: schaller@wtotrial.com
Michael T. Williams, *appearing pro hac vice*
Email: williams@wtotrial.com
WHEELER TRIGG O'DONNELL LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
Telephone: (303) 244-1800
Facsimile: (303) 244-1879

Attorneys for Defendant
FEDEX GROUND PACKAGE SYSTEM, INC.

Joshua Konecky, SBN 182897
jkonecky@schneiderwallace.com
Nathan Piller, SBN 300569
npiller@schneiderwallace.com
SCHNEIDER WALLACE COTTRELL
KONECKY LLP
2000 Powell Street, Suite 1400
San Francisco, CA 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHANNON SOBASZKIEWICZ and KEVIN STERLING, individually and on behalf of all others similarly situated, and as a proxy of the State of California on behalf of aggrieved employees, and HERMAN OVERPECK, individually only, <br><br>              Plaintiffs, <br><br>     v. <br><br> FEDEX GROUND PACKAGE SYSTEM, INC., <br><br>              Defendant. | Case No: 4:18-cv-07553-PJH (DMR) <br><br> **NOTICE OF SETTLEMENT AND JOINT REQUEST FOR DISMISSAL WITHOUT PREJUDICE OF PAGA CLAIMS; PROPOSED ORDER** <br><br> Trial Date: April 17, 2023 <br><br> Place: Oakland Courthouse <br><br> Courtroom: 3, 3rd Floor <br><br> Action filed: December 14, 2018 |

1    The Parties have reached a confidential agreement on Plaintiffs' individual claims and will file a stipulation to dismiss those claims with prejudice once certain conditions are satisfied between them.

One of the forgoing conditions is the Court's dismissal without prejudice of the PAGA claims. The Parties therefore request that the Court dismiss without prejudice Plaintiffs' individual and representative Private Attorneys General Act of 2004, Cal. Lab. Code §§ 2698, et seq. ("PAGA"), claims. The Parties' counsel agree that the Court's dismissal without prejudice of the PAGA claims does not require a fairness review by the Court, and that the Court's dismissal is in compliance with applicable law.

After dismissal of the PAGA claims without prejudice, and satisfaction of the other conditions of the settlement agreement, the parties will file a dismissal with prejudice of all remaining individual claims, which will resolve the action in its entirety. In the meantime, the parties request that in light of the settlement, the Court vacate the current deadlines for filing the final pretrial conference statement and other pretrial materials. *See* Dkt. 396.

Dated: February 23, 2023          Respectfully submitted,

                                  WHEELER TRIGG O'DONNELL LLP

                                  By: */s/ Jessica G. Scott*
                                      JESSICA G. SCOTT

                                  Attorney for Defendant
                                  FEDEX GROUND PACKAGE SYSTEM, INC.


Dated: February 23, 2023          SCHNEIDER WALLACE COTTRELL
                                  KONECKY LLP

                                  By: */s/ Joshua Konecky*
                                      JOSHUA KONECKY

                                  Attorney for PLAINTIFFS

1
Case No. 4:18-cv-07553-PJH (DMR)
NOTICE OF SETTLEMENT AND JOINT REQUEST FOR DISMISSAL WITHOUT PREJUDICE
OF PAGA CLAIMS; PROPOSED ORDER

**ATTESTATION OF AUTHORIZATION TO SIGN**

Pursuant to Rule 5-1(h)(3) of the Civil Local Rules of this Court, I hereby attest that each of the above-listed signatories have concurred in the filing of this document.

                                          */s/ Jessica G. Scott*
                                          ATTORNEY NAME

2

Case No. 4:18-cv-07553-PJH (DMR)
NOTICE OF SETTLEMENT AND JOINT REQUEST FOR DISMISSAL WITHOUT PREJUDICE
OF PAGA CLAIMS; PROPOSED ORDER