# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON SOBASZKIEWICZ and KEVIN STERLING, individually and on behalf of all others similarly situated, and as a proxy of the State of California on behalf of aggrieved employees, and HERMAN OVERPECK, individually only,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC.,<br><br>　　　　　Defendant. | Case No: 4:18-cv-07553-PJH<br><br>[PROPOSED] ORDER VACATING PRETRIAL DEADLINES AND DISMISSING PAGA CLAIMS WITHOUT PREJUDICE AS MODIFIED BY THE COURT<br><br>Trial Date: April 17, 2023<br><br>Place: Oakland Courthouse<br><br>Courtroom: 3, 3rd Floor<br><br>Action filed: December 14, 2018 |

Now before the Court for consideration is the parties' Notice of Settlement and Joint Request to Dismiss Plaintiffs' individual and representative Private Attorneys General Act of 2004, Cal. Lab. Code §§ 2698, et seq. ("PAGA") Without Prejudice. The Court HEREBY APPROVES AND GRANTS the Joint Stipulation.

IT IS HEREBY ORDERED that Plaintiffs' individual and representative PAGA claims are hereby dismissed <u>without</u> prejudice. Each party shall be responsible for his, her, or its own attorneys' fees and costs.

IT IS HEREBY FURTHER ORDERED that all pretrial filing deadlines associated with Dkt. 396 are hereby VACATED, pending the parties filing of a dismissal with prejudice of their remaining individual claims.  If a dismissal is not filed by May 25, 2023, the parties must appear at a zoom CMC on June 15, 2023 at 2:00 p.m.

IT IS SO ORDERED.

Dated:  February 24  , 2023　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　THE HONORABLE PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE

*IT IS SO ORDERED — Judge Phyllis J. Hamilton (seal of United States District Court, Northern District of California)*