# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON SOBASZKIEWICZ and KEVIN STERLING, individually and on behalf of all others similarly situated, and as a proxy of the State of California on behalf of aggrieved employees, and HERMAN OVERPECK, individually only,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC.,<br><br>　　　　　Defendant. | Case No: 4:18-cv-07553-PJH (DMR)<br><br>~~PROPOSED~~ ORDER DISMISSING INDIVIDUAL CLAIMS WITH PREJUDICE<br><br>Trial Date: April 17, 2023<br><br>Place: Oakland Courthouse<br><br>Courtroom: 3, 3rd Floor<br><br>Action filed: December 14, 2018 |

For good cause shown, it is hereby ordered that all individual claims alleged by Plaintiffs Shannon Sobaszkiewicz, Herman Overpeck, and Kevin Sterling be DISMISSED WITH PREJUDICE. With the Court's previous order dismissing PAGA claims without prejudice (ECF No. 408), this case is now concluded in full and closed.

Date: __April 10__, 2023



_____
HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT JUDGE